# GLASS HARLOW & HOGROGIAN LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 18TH FLOOR
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219

*Bryan D. Glass*  E-mail: bglass@ghnylaw.com
Partner

May 18, 2020

*Via ECF*
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Santana et al v. Mount Vernon City School District/ Board of Education et al., 20-CV-3212-NSR
Request for Permission to File Corrected Complaint

Dear Judge Roman:

I am attorney for Plaintiffs Ray Santana and Brendan Duffy in the above-referenced action. I write to request permission to file a corrected copy of the complaint filed on April 23, 2020. When filing the complaint, our office inadvertently did not attach the Notice of Right to Sue Letters as exhibits to the complaint. A copy of the corrected complaint with the Notice of Right to Sue Letters is attached for your convenience. We respectfully request that the Court allow us to file the corrected complaint.

Thank you for the Court's consideration.

Respectfully submitted,

By:   s/ *Bryan Glass*
Bryan D. Glass, Esq.