# Exhibit B

CONDENSED

```
 1

 2    ------------------------------------------- x

 3    In the Matter of the Claim of

 4    Ray Santana,

 5                            Claimant,

 6          - against -

 7    Mount Vernon City School District / Board of
      Education, Kenneth Hamilton Superintendant,
 8
                            Respondents.
 9
      ------------------------------------------- x
10

11                     June 19, 2019
                       10:05 a.m.
12

13          50-h Examination of Claimant,
      RAY ANTHONY SANTANA, shown in caption as RAY
14    SANTANA, pursuant to NYS Education Law Section
      3813, held at the Offices of the Mount Vernon
15    City School District, 165 North Columbus
      Avenue, Mount Vernon, New York 10553 before a
16    Notary Public of the State of New York.

17

18

19

20

21

22          *          *          *

23          SANDY SAUNDERS REPORTING
            254 South Main Street
24                Second Floor
            New City, New York 10956
25             (845) 634-7561
```

Page 2

```
1
2    A P P E A R A N C E S:
3
4         GLASS & HOGROGIAN, LLP
               Attorneys for Claimant
5               85 Broad Street, 18th Floor
               New York, New York  10004
6         BY:  BRYAN GLASS, ESQ.
7
8    SILVERMAN & ASSOCIATES
               Attorneys for Respondent
9               445 Hamilton Avenue
               Suite 1102
10              White Plains, New York  10601
         BY:  JOSHUA M. GOLDSTEIN, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2    S T I P U L A T I O N S:
4               IT IS HEREBY STIPULATED AND AGREED
5         by and between the attorneys for the
6         respective parties hereto, that this
7         examination may be sworn to before any
8         Notary Public.
9
10              IT IS FURTHER STIPULATED AND
11        AGREED that the filing and certification
12        of the said examination shall be waived.
13
14              IT IS FURTHER STIPULATED AND
15        AGREED that all objections to questions,
16        except as to the form of the question,
17        shall be reserved for the time of trial.
18
19
20
21
22
23
24
25
```

Page 4

```
1           - Ray Santana -
2    R A Y   S A N T A N A,
3    Claimant herein, having been first duly
4    sworn/affirmed by John M. Boland, a Notary
5    Public of the State of New York, was examined
6    and testified as follows:
7           THE REPORTER:  Please state
8       your name for the record.
9           THE WITNESS:  Ray Santana.
10          THE REPORTER:  Please state
11      your address for the record.
12          THE WITNESS:  2 Hilltop Manor;
13      Danbury, Connecticut  06811.
14
15   EXAMINATION BY
16   MR. GOLDSTEIN:
17      Q.   Good morning.
18          This is the 50-h examination of
19   Ray Santana.
20          My name is Joshua Goldstein.  I'm
21   an attorney with Silverman & Associates.  We
22   represent the Respondents, the Mount Vernon
23   City School District and Dr. Kenneth Hamilton
24   regarding the Notice of Claim that you've
25   filed.
```

Page 5

```
1           - Ray Santana -
2           I'd like to ask you some questions
3    about the Notice of Claim and some of the facts
4    underlying your Notice of Claim, but I'd like
5    to go over some ground rules before we get
6    started.
7           If you don't understand a question
8    I've asked please let me know and I'll do my
9    best to rephrase it; however, if you do not ask
10   for clarification I'm going to assume that you
11   understood my question as I asked it.  Okay?
12      A.   (Indicating.)
13      Q.   Also, as you can see, there is a
14   Court Reporter here so you have to use verbal
15   answers and no uh-huhs, un-unhs, or shaking of
16   the head.  I will do my best to remind you if
17   you do; but, as you can see, we're making a
18   record here and your use of verbal answers will
19   be greatly appreciated.
20          Now sometimes I'll be asking you a
21   question and you might anticipate what I'm
22   asking and may want to jump in and come in with
23   an answer, but sometimes my question may not be
24   what you're thinking.
25          Also, with a Court Reporter, that
```

**Page 6**

- Ray Santana -

1    - Ray Santana -
2    can sometimes lead to crosstalk with two people
3    talking at the same time and it will be
4    difficult for him to accurately get all the
5    crosstalk on the record.  For that reason we
6    should try to speak one at a time.  Please
7    allow me to finish my question and I will do my
8    best to allow you to finish your answer.  If
9    you need to continue with your answer please
10   let me know and I will let you finish your
11   answer.  Okay?
12       A.   Yes, sir.
13       Q.   If you need a break you can take a
14   break whenever you'd like.  The only exception
15   is if there's a pending question.  So if I've
16   asked you question if you could finish
17   answering that question before you take a break
18   that would be greatly appreciated.  Okay?
19       A.   Yes.
20       Q.   Now sometimes I might use the term
21   "the District."  For the record, that will be
22   referring to the Mount Vernon City School
23   District.  Okay?
24       A.   Yes, sir.
25       Q.   So I realized you gave it, but

**Page 7**

1    - Ray Santana -
2    could you repeat your full name?
3        A.   Ray Anthony Santana.
4        Q.   And what is your address?
5        A.   2 Hilltop Manor, Number 2;
6    Danbury, Connecticut 06811.
7        Q.   How long have you lived at that
8    address?
9        A.   Fourteen-and-a-half years.
10       Q.   Do you live with anyone at that
11   address?
12       A.   Yes; my wife.
13       Q.   What's your wife's name?
14       A.   Ava Maria.
15       Q.   And do you have any children?
16       A.   Not with this wife; no, sir.
17       Q.   What is your date of birth?
18       A.   XX/XX/56.
19       Q.   How old are you?
20       A.   63-years-old, sir.
21       Q.   Just for the record, only the year
22   of your birth will show in the transcript, not
23   the full date.
24       A.   Thank you.
25       Q.   I'll ask for your Social Security

**Page 8**

1    - Ray Santana -
2    Number; but, once again, we will only show the
3    last four digits in the transcript.  I need
4    that for insurance purposes.
5        A.   XXX-XX-6101.
6        Q.   Are you represented by legal
7    Counsel today?
8        A.   Yes, sir.
9        Q.   Who is your legal Counsel?
10       A.   Mr. Bryan Glass, Esquire.
11       Q.   When did you retain his services?
12       A.   Approximately a month-and-a-half
13   ago.
14       Q.   You understand that you have the
15   obligation to tell the truth today?
16       A.   Yes.
17       Q.   Are there any conditions which
18   would impact or prevent you from recalling
19   facts and giving accurate and truthful
20   testimony today?
21       A.   No.
22       Q.   Are you aware of any medication
23   that you generally take or you were supposed to
24   take that you have not taken today?
25       A.   No.

**Page 9**

1    - Ray Santana -
2        Q.   Is there any reason you would be
3    unable to understand my questions?
4        A.   No, sir.
5        Q.   Is there any reason you would be
6    unable to answer my questions truthfully and
7    accurately?
8        A.   No, sir.
9        Q.   Do you have a high school diploma?
10       A.   Yes.
11       Q.   From what institution?
12       A.   Columbus High School, 1974.
13       Q.   And --
14       A.   That's in the Bronx, New York.
15       Q.   Do you have an undergraduate
16   degree?
17       A.   Yes, sir.
18       Q.   From what institution?
19       A.   Mercy College; Dobbs Ferry, New
20   York.
21       Q.   What year did you receive that?
22       A.   Now you're pushing it; I don't
23   remember.
24       Q.   Okay.
25           Do you remember your major?

**Page 10**

- Ray Santana -

1
2    A.   Behavioral Science.
3    Q.   Do you have any post-college
4 degrees?
5    A.   I have three Masters Degrees, sir.
6    Q.   What are your Masters in?
7    A.   My first Masters Degree is in
8 Elementary Education from the University of
9 Bridgeport in Bridgeport, Connecticut.
10        My second Masters Degree is in
11 Special Education from Mercy College in Dobbs
12 Ferry, New York.
13        And my last Masters Degree is as a
14 School Media Specialist from Iona College in
15 New Rochelle, New York.
16    Q.   When did you obtain your Masters
17 in Elementary Education?
18    A.   I would have to say by December
19 1998.
20    Q.   When did you obtain your Masters
21 in Special Education?
22    A.   I can't remember.
23        This was all done within a span of
24 about four-and-a-half years, five years; so
25 somewhere before 2003.

**Page 11**

- Ray Santana -

1
2    Q.   You're saying you attained your
3 degrees between 1998 and 2003?
4    A.   Correct.
5        Also, when I attained my Masters
6 in School Media Specialist I did one degree
7 after another.  They're full degrees; I went to
8 full degree programs.
9    Q.   How long was each degree program?
10    A.   A year-and-a-half of intense,
11 intense studies.
12    Q.   Is it fair to say that your
13 Masters Degree as a School Media Specialist is
14 the title of the degree?
15    A.   I do not recall; I would have to
16 refer to my resume.  I'm referring to that
17 because that is the title that was given when
18 the State issued my license.
19    Q.   I was referring to the degree, but
20 that was the license you were conferred by the
21 State?
22    A.   Correct.
23    Q.   Well, let me ask you this.
24        Do you have any educational
25 certifications or licenses?

**Page 12**

- Ray Santana -

1
2    A.   I have three permanent
3 certifications through the State of New York in
4 Teaching.
5    Q.   Tell me what those are.
6    A.   The first one would be Pre-K
7 through Sixth, Elementary Education; the second
8 would read Special Education; and the last one
9 would read School Media Specialist.
10    Q.   Do you remember when you attained
11 those certifications?  Did you attain those
12 certifications around the time you attained
13 your various Masters Degrees?
14    A.   Oh, yes; I would do one right
15 after the other.
16        I know that the last one was
17 conferred by the State of New York on February
18 1, 2004.
19    Q.   When you refer to "the last one"
20 are you referring to the certification as a
21 School Media Specialist?
22    A.   Yes, sir.
23    Q.   Besides those three certifications
24 do you have any other Education certifications
25 or licenses?

**Page 13**

- Ray Santana -

1
2    A.   Not currently, sir.
3    Q.   Are you currently employed?
4    A.   Yes, sir.
5    Q.   Where are you employed?
6    A.   The Mount Vernon City School
7 District in Mount Vernon, New York.
8    Q.   How long have you been employed by
9 the Mount Vernon City School District?
10    A.   Nineteen years, sir.
11    Q.   Nineteen years?
12    A.   Yes, sir.
13    Q.   And what is your current role here
14 at the Mount Vernon City School District?
15    A.   My current role is I'm a Special
16 Needs Teacher, comma, Special Education; the
17 reference is interchangeable nowadays.
18    Q.   Do you serve at a particular
19 school or multiple schools?
20    A.   I've been serving at Mount Vernon
21 High School.
22    Q.   How long have you been at Mount
23 Vernon High School?
24    A.   Except for one year I've been
25 there my entire career in the District.

Page 14

1      - Ray Santana -
2      Q.   Have you ever sued someone before?
3      A.   No, sir.
4      Q.   Have you ever been sued?
5      A.   No, sir.
6      Q.   Have you ever been convicted of a
7   crime?
8      A.   No, sir.
9      Q.   Have you ever filed a Notice of
10   Claim before, other than the current claim?
11      A.   No, sir.
12      Q.   Have you ever filed a grievance?
13      A.   Yes.
14      Q.   Do you remember when you filed a
15   grievance?
16      A.   I filed grievances each year since
17   they initiated the APPR Annual Review.
18      Q.   When did they implement the APPR?
19      A.   It's been about four years now.
20      Q.   Why did you file the grievances
21   since the APPR?
22      A.   Because the evaluation process
23   kept assessing me in manners that I couldn't
24   agree to.
25      Q.   Let's stipulate for the record

Page 15

1      - Ray Santana -
2   that "APPR" --
3      A.   It means Annual Peer Performance
4   Review.
5      Q.   When you testified a moment ago
6   about matters you couldn't agree with -- Am I
7   quoting you correctly?
8      A.   One in particular --
9      Q.   Let me finish the question.
10      A.   I'm sorry, sir.
11      Q.   That's okay.
12         -- what were the matters you
13   couldn't agree with; what specifically are you
14   referring to?
15      A.   Such as when the students weren't
16   able to become proficient in a particular
17   subject area.
18      Q.   How does that relate, though, to
19   your evaluation; what's the connection there?
20      A.   They have to take into account
21   that I deal with mostly Special Needs children.
22   With the APPR it's not always easy to go by
23   their standard; I have to go by what you call
24   an Individual Education Plan.
25      Q.   Did you feel that it was unfair,

Page 16

1      - Ray Santana -
2   that your performance was essentially linked
3   to the performance of your students?
4      A.   Correct.
5      Q.   Why is that?
6      A.   Well, because the students that I
7   deal with, generally speaking, may be low
8   performing in a subject area and/or have other
9   mitigating factors that affect the traditional
10   classroom.
11      Q.   Do you believe that those special
12   circumstances are not taken into account in
13   your evaluation?
14      A.   No, sir.
15      Q.   Have you had a discussion with
16   anyone about this?
17      A.   We have; and I've filed my
18   grievances; and they come back pretty much
19   perfunctory, even when I told them that they
20   haven't evaluated me in the proper sense.
21      Q.   When you say "them" are you
22   referring to anyone specifically at the
23   District?
24      A.   The Peer Review is -- I'm not
25   quite sure what it's called -- is a council

Page 17

1      - Ray Santana -
2   that supposedly reviews all these APPRs that
3   are in dispute.
4      Q.   Do you remember having a
5   conversation with any specific people about
6   this issue?
7      A.   I've discussed it with the union
8   more than once; they're aware of it. I was one
9   of many teachers who had the same discussions
10   with them.
11      Q.   But let me ask you this question.
12         When I was asking Did you talk to
13   anyone about this issue, let me specify. Did
14   you speak to any sort of District
15   Administrators about this issue or did you only
16   speak to the union?
17      A.   I only spoke to the union.
18      Q.   I think we touched on this
19   briefly, let me just finish it out.
20         What were the results of those
21   grievances?
22      A.   If I recall correctly two of them
23   were in my favor and the rest were not.
24      Q.   "The rest" being another two?
25      A.   Yes.

Page 18

- Ray Santana -

1
2     Q.   Do you remember when the ones that
3  were in your favor were, what years?
4     A.   No, sir.
5     Q.   Besides those four grievances
6  we've talked about are there any other times
7  you have filed a grievance?
8     A.   Not that I can recall.
9     Q.   Just to confirm.
10         Those four grievances happened
11  within the last four to five years?
12     A.   Correct.
13     Q.   Have you ever filed an
14  administrative appeal or an appeal before an
15  administrative agency before?
16     A.   No, sir.
17     Q.   Have you ever filed a complaint
18  before the New York State Division of Human
19  Rights?
20     A.   Yes, sir.
21     Q.   When did you file that complaint?
22     A.   That would have been recent; I
23  believe May of 2019.
24     Q.   Have you filed a complaint with
25  the United States Equal Employment Opportunity

Page 19

- Ray Santana -

1
2  Commission?
3     A.   No, sir.
4     Q.   Have you filed a complaint before
5  any other New York State agency?
6     A.   No, sir.
7         MR. GLASS:  I will note that the
8  complaint filed with the New York State
9  Division of Human Rights was cross-filed with
10  the US EEOC.
11     Q.   Let me ask you this way.
12         Besides the complaint you
13  cross-filed with New York State and the US EEOC
14  have you filed any other complaints before the
15  US Equal Employment Opportunity Commission?
16     A.   No.
17         MR. GOLDSTEIN:  Let's mark this
18  document as Respondent's A.
19         (Document, Written Verified Notice
20  of Claim, marked for identification as
21  Respondent's Exhibit A.)
22     Q.   I'm showing you a document marked
23  as Respondent's A.  Take a look through that.
24  Take your time, then let me know when you're
25  finished reviewing it.

Page 20

- Ray Santana -

1
2         (Witness examines document.)
3     A.   I assume that Section 3 is
4  referring to the certification branches as
5  Elementary --
6     Q.   For now just let me know when
7  you're done reviewing the document.
8         (Witness examines document.)
9     A.   Thank you.
10     Q.   Are you finished reviewing the
11  document?
12     A.   Yes, sir.
13     Q.   Have you looked through all of
14  Respondent's Exhibit A?
15     A.   Yes.
16     Q.   Do you recognize this document?
17     A.   Yes, sir.
18     Q.   Is this document the Notice of
19  Claim you filed against the Respondents?
20     A.   Yes, sir.
21     Q.   If you would, go to the fourth
22  page of the document.
23     A.   (Witness complies.)
24     Q.   Is that your signature on the
25  fourth page of that document?

Page 21

- Ray Santana -

1
2     A.   Yes, sir.
3     Q.   Other than your attorney did you
4  talk to anyone about your Notice of Claim?
5     A.   No, sir.
6     Q.   Before today's 50-h examination
7  did you review any documents?
8     A.   I'm not sure what you're asking.
9     Q.   Before today's examination, so
10  before right now, did you review any documents
11  or correspondence in preparation?
12     A.   Other than the documents that I
13  have; that's about all.
14     Q.   What documents do you have?
15     A.   Documents as far as the
16  allegations that I've made.  I reviewed my
17  certifications.  I also reviewed instances
18  where I felt that I was treated inequitably.
19  And that's about it.
20     Q.   In what sense were you treated
21  inequitably?
22     A.   I'm referring to my communications
23  with the HR Department, with my Superintendent,
24  also with the Principal of Mount Vernon High
25  School, Mr. Gonzalez.  That's it; that I can

Page 22

1        - Ray Santana -
2   recall.
3        Q.   Did anyone besides your attorney
4   help you draft this Notice of Claim?
5        A.   No, sir.
6        Q.   Is everything in this Notice of
7   Claim true and accurate to your knowledge?
8        A.   Yes, sir.
9        Q.   Besides reviewing the
10  correspondence and the documents you talked
11  about did you do anything else to prepare to
12  testify today?
13       A.   Not in particular.
14       Q.   Other than Counsel did anyone tell
15  you what to say at this 50-h examination?
16       A.   No, sir.
17       Q.   So I know we talked about it a
18  moment ago, but refresh my memory.  What
19  certifications do you currently possess?
20       A.   My certifications for New York
21  State are for Pre-K to Sixth Elementary,
22  permanent; Special Education, permanent; also
23  School Media Specialist, permanent.  All of
24  them are with the State of New York Education
25  Department.

Page 23

1        - Ray Santana -
2        Q.   So what did you have to do to
3   obtain your certification as a School Media
4   Specialist?
5        A.   I attended a degree program with
6   Iona College in New Rochelle and successfully
7   graduated the degree program, which was a
8   Masters program.
9        Q.   What did you have to do to attain
10  that degree?
11       A.   Following the course of study that
12  was necessary.  It was dealing with educational
13  issues using technology and the integration of
14  that technology in the classroom.
15       Also how to access using
16  technology tools as well as the use of
17  resources, some in the traditional library way
18  and some of the newer type of electronic
19  formats that are coming into being.  Also how
20  to discuss ethical issues and various usage.
21       It was a very comprehensive
22  program.
23       And basic coding.  And
24  understanding the integration of all of these
25  in a manner that can be used across the board

Page 24

1        - Ray Santana -
2   as far as ability education-wise and age
3   groups.
4        Q.   Did you have to do any like
5   student teaching before attaining that degree
6   or certification?
7        A.   No, because I was already
8   certified as a teacher.
9        Q.   Was there any sort of student
10  teaching or student regimen requirement in
11  order to attain your certification as a School
12  Media Specialist?
13       A.   Since I was doing that at the same
14  time that was taken in lieu of that.  If
15  someone coming from the outside didn't have a
16  teaching certification then they would have to
17  go through the formal process as a student
18  teacher that generally lasts three to six
19  months.  In my case, because I had already been
20  doing it in the classroom I was not held to
21  that standard.
22       Q.   What do you mean by "already doing
23  it"?
24       A.   I was in the classroom at the time
25  that I received this degree.  I was already

Page 25

1        - Ray Santana -
2   engaged, and I want to say that I might have
3   had tenure already as a tech -- teaching
4   Technology at Mount Vernon High School.
5        Q.   When you referred a moment ago to
6   the course work you had to do to attain your
7   degree to get your certification you mentioned
8   "the traditional library way"; what do you mean
9   by that?
10       A.   I would say since the late 1990s
11  there's been a tremendous change as far as
12  research and being able to obtain information;
13  whereas in my date you went down to the local
14  library, if you were fortunate enough, and
15  literally went through the encyclopedias and
16  periodicals available.
17       It's been a radical 20, 25 years
18  where most publications have been posted
19  on-line.  Of course there has always been the
20  availability of seeing publications that may
21  counter that research throughout the process,
22  so there's a lot of on-line discernibility that
23  you have to take.  That's the reason why Ethics
24  was being taught.
25       Also what would be considered

Page 26
- Ray Santana -
1
2 proper techniques for research. I would say up
3 through about the 19 -- until 2006 it was very
4 prevalent at that time that you can actually go
5 into groups where you would discuss and target
6 maybe one subject area; let's say the use of
7 solar power in a particular situation. Now
8 it's quite possible for you to be involved in
9 multiple groups with multiple interests; it
10 would not be as targeted as they were in the
11 past.
12        Also what seems to be popular
13 today is social media, which has taken off
14 dramatically. Some people have used that to
15 espouse certain ideas and thought processes and
16 other people have taken them as authentic or
17 have sought to legitimize them.
18     Q.   I want to circle back a little
19 bit.
20        The extent to which you were
21 referring to the course work in attaining your
22 degree and then subsequent certification as a
23 School Media Specialist, you said that had to
24 do with the library. Were you referring to the
25 use of technology in a school library?

Page 27
- Ray Santana -
1
2     A.   The use of technology across the
3 board through the platform of the school
4 library in most instances. Because the primary
5 function was also to be able to provide the
6 information but use what I accept as a library
7 as a portal because there are certain
8 safeguards integrated into it.
9     Q.   But you wouldn't describe that as
10 Library Science course work, would you?
11     A.   It's the same; because what you're
12 doing is retrieving information, just with the
13 traditional source where you would have the
14 Dewey Decimal System and the actual physicality
15 of books, encyclopedias, and physical
16 periodicals, and stuff. Now it would be we're
17 studying that as well as a heavy emphasis on
18 electronic retrieval in the presentation of
19 information.
20     Q.   So the course work about the
21 retrieval of the information and the use of
22 technology, was that a brief summation of the
23 kind of course work you were describing a
24 little while ago?
25     A.   I'm not sure what you're asking.

Page 28
- Ray Santana -
1
2     Q.   I'm trying to summarize the kind
3 of course work you took to get an understanding
4 of the course work you took to obtain your
5 current certification as a School Media
6 Specialist. Is it your testimony today that
7 you took Library Science courses?
8     A.   We took maybe one. The emphasis
9 was heavy duty on the upcoming digital usage of
10 information; the processing of it, also the
11 retrieval of it, as well as the storage of it.
12     Q.   Did you have to take a Content
13 Specialty Test as part of attaining your
14 certification as a School Media Specialist?
15        Tell me if I phrased that
16 incorrectly. Was the name of that a Content
17 Specialty Test?
18     A.   I don't recall.
19     Q.   Do you remember when you took a
20 Content Specialty Test?
21     A.   It would have been before my
22 permanent certification because that would be a
23 requirement.
24     Q.   That was a Content Specialty Test
25 as a School Media Specialist in Education

Page 29
- Ray Santana -
1
2 Communication; is that correct?
3     A.   I don't recall.
4     Q.   By the way, what does a School
5 Media Specialist do; someone who's been
6 certified as a School Media Specialist, what do
7 they do?
8        MR. GLASS: Objection to form.
9        In what context?
10     Q.   In the Mount Vernon City School
11 District what does a School Media Specialist
12 do?
13     A.   I'm still not quite sure what
14 you're getting at.
15     Q.   Have you ever served at the Mount
16 Vernon City School District as a School Media
17 Specialist?
18     A.   No.
19        I'm certified as a Technology
20 Teacher. Not certified; tenured. As such,
21 it's difficult for me to answer because these
22 are titles that are changing even as we're
23 sitting here. So as far as what I've done with
24 the District I don't know how they are titling
25 it but it's integrated lessons with teachers

Page 30

1        - Ray Santana -
2   and with students in particular.  I'll also
3   work with adult students in career education
4   programs and Special Needs students in
5   integrating information and proper use of
6   technology and various forms of technology,
7   going as far as also programming animation.
8           Primarily my focus was going to be
9   with academics, how to develop a spreadsheet;
10  how to use Excel, how to use Office Systems
11  Suites, also how to evaluate programs.
12          And that's why I'm hesitating in
13  discussing this.  I've done pretty much all
14  with the District.
15      Q.   Okay, just forgive me if I've
16  asked this question before.
17          Do you remember when you attained
18  your certification as a School Media
19  Specialist?
20      A.   Permanent certification was
21  conferred February 1, 2004 if I recall
22  correctly.
23      Q.   By the way, do you possess a
24  separate certification as a Library Media
25  Specialist?

Page 31

1        - Ray Santana -
2       A.   No; that was not -- that title
3   didn't exist prior to February 2, 2004.
4       Q.   Did you ever possess a separate
5   certification as a School Media Specialist in
6   Library Communications?
7       A.   I'm not aware if I did or not.
8   I'm just aware of the fact it was as a School
9   Media Specialist.
10      Q.   I want to discuss, if I could, the
11  fourth paragraph of your Notice of Claim at the
12  bottom of the first page, then -- no, just at
13  the bottom of the first page.
14      A.   (Witness complies.)
15          Yes, sir.
16      Q.   You say that you obtained a
17  permanent certification as a School Media
18  Specialist and then you say, quote, which is
19  the equivalent to the position of Library Media
20  Specialist.  What is the basis for this
21  paragraph?
22      A.   The basis of this paragraph is
23  after multiple discussions with the New York
24  State Education Department Teacher
25  Certification Division where they always

Page 32

1        - Ray Santana -
2   indicated they were one and the same.
3          Prior to the realignment of
4   teacher certifications and titles -- which
5   occurred after February 2, 2004 -- that was
6   always taken as such, one and the same.
7       Q.   When you say "after multiple
8   discussions," do you remember when you had
9   those discussions?
10      A.   I don't remember them off the top
11  of my head.  I can provide them in a detailed
12  sheet.
13      Q.   Were these in-person discussions?
14      A.   No, unfortunately; they do not
15  have in-person discussions.
16      Q.   Did you have these conversations
17  by telephone?
18      A.   Yes, by telephone.
19      Q.   Did you have any written
20  correspondence with the personnel at the New
21  York State Education Department on this issue?
22      A.   I was told no written discussions
23  would be given.
24      Q.   So you have no written
25  correspondence with NYSED?

Page 33

1        - Ray Santana -
2       A.   Other than the programming that
3   they have, which basically is found at their
4   website; that's it.
5       Q.   Can you tell me a little bit about
6   -- I know you just told me briefly, but can you
7   expound on the discussions you had with NYSED
8   about when you referred to them saying the
9   certification as School Media Specialist and a
10  Library Media Specialist -- that they were
11  known as sort of the same; can you tell me a
12  little more about that?
13      A.   Other than the fact that I would
14  speak to them, they could see my
15  certifications; they could see the
16  documentation that you needed to have those
17  certifications.
18          I was in a quandary because they
19  would tell me they were one and the same.  And
20  actually, quite frankly, I was told by one of
21  the -- I'm not quite sure what the titles are
22  within the Certifications Offices -- that they
23  never had anyone with such credentials apply
24  for such a position.  They were a little
25  stymied as to why there was a problem.

Page 34

- Ray Santana -

1   - Ray Santana -
2       Not only was I certified, but I
3   had multiple certifications and Masters Degrees
4   that kind of transcended beyond the course work
5   they normally expect.
6       Q.   So you're saying that you were
7   overqualified for the position?
8       A.   That is exactly what was ascribed.
9   As I do not have anything other than
10  remembering that was the discussion that's the
11  best I can recall, sir.
12      Q.   So you referred to having multiple
13  discussions with NYSED.  Did have a discussion
14  with any District personnel about whether
15  you're certification as a School Media
16  Specialist and a certification as a Library
17  Media Specialist were equivalent?
18      A.   Yes.
19          Please excuse me if I have the
20  name incorrectly, but there was a Ms. Denise
21  Gagne-Kurpiewski -- I'm not sure of the
22  spelling; I don't want to be disrespectful and
23  misspell it -- who happens to be the Head of
24  the Human Resources Department; as well as Dr.
25  Kenneth Hamilton, the Superintendent of

Page 35

1   - Ray Santana -
2   Schools.
3       Q.   And do you remember when you spoke
4   about this with the Superintendent and Ms.
5   Gagne-Kurpiewski?
6       A.   I don't remember the exact date;
7   it was in the middle to late part of September
8   2017.
9       Q.   Do you remember what happened in
10  that conversation?
11      A.   I requested an appointment with
12  the Superintendent to discuss the matter.  He
13  was gracious enough to find some time on his
14  calendar to meet with me.
15          I met with him, with Dr. Kenneth
16  Hamilton in his office, and I explained to him
17  about my situation; that being that I had
18  already done my job at the alternative high
19  school that was being downgraded, and that's
20  why I was moved out.
21          So there was a position as a
22  Library Media Specialist and Librarian.  I
23  tried to discuss with him what the State had
24  indicated to me, at which time the
25  Superintendent requested for me to stand by a

Page 36

1   - Ray Santana -
2   moment while he called Ms. Denise
3   Gagne-Kurpiewski, the Head of HR.
4           In the intervening time that it
5   took her to gather information or do whatever
6   she was doing to come to the office I waited in
7   the Superintendent's Office and he asked me if
8   I was not happy with what I was doing.  And at
9   that point I pointed out to him that I was in a
10  classroom without chairs and desks and nothing
11  but a pile of garbage.
12      Q.   I'd like to work backwards and ask
13  you some questions about what you just told me.
14      A.   Yes, sir.
15      Q.   You said you were working at an
16  alternative high school?
17      A.   Yes.
18      Q.   What was the name of that
19  alternative high school?
20      A.   It was Mandela slash Zollicoffer
21  High School.
22      Q.   When did you work at the
23  Mandela/Zollicoffer High School?
24      A.   The 2016-2017 school year.
25      Q.   So when you testified earlier that

Page 37

1   - Ray Santana -
2   you worked one year at a different institution
3   and that you served the rest of your District
4   time at Mount Vernon High School that was the
5   Mandela/Zollicoffer High School; is that
6   correct?
7       A.   Yes.
8           It's a high school; this is the
9   last year.  From what I was made to understand
10  it was not officially an alternative high
11  school.  Apparently New York State has a
12  particular set of regulations, affirmations,
13  and certifications for it to have been an
14  alternative high school.
15      Q.   In what capacity did you work at
16  the Mandela/Zollicoffer High School during the
17  2016-2017 school year?
18      A.   I worked as a Librarian, School
19  Media Specialist.
20      A.   Was that your official title
21  there?
22      A.   I'm not quite sure what my
23  official title would have been, but I did
24  everything.
25      Q.   Let me ask you this way.

Page 38

1          - Ray Santana -
2          What were your duties there?
3      A.   I had to cull the collection, the
4  physical collection.  I also had to maintain
5  the physical being of the library.
6      Q.   When you say "cull the physical
7  collection" you're talking about the physical
8  collection of what?
9      A.   We had primarily books.  Reference
10  books; encyclopedias; periodicals.  Also I
11  maintained -- I didn't want to interrupt.
12      Q.   Go ahead.
13      A.   I maintained the physical plant of
14  the library.
15          I also -- We had a number of
16  computers and printers that I would maintain
17  and teach subject areas with the students.
18          At that time also I processed new
19  orders for books and materials for the library,
20  as well as at the school; I became the point
21  person for that.
22          And I also liaisoned with the
23  teachers as far as their lessons plans and
24  instructed them on how to do research as well
25  for the course of studies they had for the

Page 39

1          - Ray Santana -
2  students.
3          And I worked with the students
4  sometimes individually, sometimes as a class.
5  I instructed them on various Library Sciences.
6  There was the tradition Science of how to
7  research something using an encyclopedia or --
8  What I mean by "traditional," I'm sorry for
9  saying it this way, it's traditional in terms
10  of physically holding and manipulating the
11  material; where to get it; where to file it;
12  where to put it.  So I encouraged them to take
13  books, but also I taught them about the
14  electronic portals that are accepted and not
15  accepted; the discernment of information.
16          I'm really kind of condensing
17  everything right now because it was across the
18  board.
19      Q.   Did you ever receive a written job
20  position or description of the position you
21  were assigned to at the Mandela/Zollicoffer
22  High School?
23      A.   I received a title.  I do not
24  remember the title.
25          At the District there is a thing

Page 40

1          - Ray Santana -
2  called a "tab."  I know I pushed the tab
3  through that indicated I would be serving as --
4  I don't recall what the tab said as far as a
5  title; but that's all I can recall.
6      Q.   Did you ever ask to partake in
7  responsibilities that maybe fell outside of
8  your job description?
9      A.   Yes.
10      Q.   What were those things?
11      A.   I took notes at the weekly
12  meetings held at the library by the
13  administration with the teaching staff.
14          I also had students -- when we had
15  various holiday celebrations they were
16  conducted in the library.
17          The library became a magnet for
18  the school once I got there.  There were
19  celebrations for teacher retirements and
20  milestones.
21          And I also assisted in the
22  disbursement of the Regents tests and the safe
23  collecting and monitoring of it.  I would also
24  be around to see that the tests were handled
25  properly according to the New York State

Page 41

1          - Ray Santana -
2  standards for Regents.
3      Q.   Were there any other
4  responsibilities that you discussed?  Say like
5  with teaching students, did you ask to teach
6  various classes or were you assigned those
7  classes?
8      A.   I was asked on one particular time
9  by a Mr. Frank Gallo, who is the Literature,
10  ELA -- which refers to English Language Arts --
11  Supervisor for the District, he asked me to
12  teach a class for evaluation purposes -- it's
13  called an observation lesson -- with students.
14  And I did so as per his request.
15      Q.   How many times did you teach
16  lessons with students?
17      A.   It had to be at least -- depending
18  on the class -- 30, 40 times in a class.
19  Individually, that was on-going; it was almost
20  two, three times a day easy.
21      Q.   I'm a little confused.
22          You were asked to do this demo
23  class by Frank Gallo; is that correct?
24      A.   Correct.
25      Q.   But besides that one demo class --

Page 42

- Ray Santana -

1
2     A.   I'm sorry; I'll rephrase that.
3          What I mean by "observation," it's
4  a route towards your tenureship.  Any position
5  -- most in the School District required X
6  amount of what was called formal observations
7  where you present what you're going to be
8  teaching, how you're going to be teaching the
9  population of the class, what have you.  Then
10  you would perform it in front of observers.
11         I was asked to do a formal
12  observation in teaching these students, even
13  those -- they were not my set students, they
14  just happened to be a group of students they
15  brought together.
16     Q.   Let me ask you this.
17         When you worked as a School Media
18  Specialist at Mandela/Zollicoffer High School
19  were you appointed to that position on a
20  probationary basis?
21     A.   Correct.
22     Q.   Were you seeking to be tenured per
23  your assignment as a School Media Specialist at
24  Mandela?
25     A.   I was seeking to be tenured as a

Page 43

- Ray Santana -

1
2  School Media Specialist in the District; it
3  wasn't specifically for Mandela.
4     Q.   I want to circle back a little bit
5  to when you had the discussion with Dr.
6  Hamilton about becoming a Library Media
7  Specialist.
8          When did you actually express your
9  interest to the District that you wanted to
10  seek the position of Library Media Specialist?
11     A.   It had been for a couple years
12  when it became there were positions available.
13     Q.   When did you first inform the
14  District that you were looking to become a
15  Library Media Specialist?
16     A.   I can't recall the date.  It would
17  have been somewhere around 2016 or so.
18     Q.   Did you express this interest to
19  them after you had been appointed as a School
20  Media Specialist at Mandela/Zollicoffer High
21  School?
22     A.   No, I thought there was no need to
23  because it was -- according to the
24  certification by the State it was one and the
25  same.

Page 44

- Ray Santana -

1
2     Q.   Were you ever informed by anyone
3  at the District that you had to -- Strike that
4  question.
5          Did you ever have a discussion
6  with either Dr. Hamilton or actually any
7  District Administrator about acquiring a
8  certification as a Library Media Specialist?
9     A.   Yes.
10     Q.   With whom did you have such a
11  discussion?
12     A.   With the Head of HR, Denise
13  Gagne-Kurpiewski.
14     Q.   When did you have this
15  conversation with her?
16     A.   If I recall correctly it would
17  have been August 2017.
18     Q.   What did she say to you?
19     A.   At that time she said that I was
20  not qualified because my licensure only allowed
21  me to teach adults.  Her exact words were If
22  you want to do that I could go through the
23  teacher certification website and apply for
24  certification and start the process that way.
25     Q.   Did she encourage you to begin

Page 45

- Ray Santana -

1
2  that process?
3     A.   Correct.
4     Q.   Do you remember what you said to
5  her; can you tell me more about that
6  conversation?
7     A.   What I recall about that
8  conversation is that Ms. Denise
9  Gagne-Kurpiewski indicated to me there was such
10  a dire need for Librarians if I were to
11  complete the four courses of studies that would
12  be required they would place me in that
13  position, even in the middle of the school year
14  if necessary.  Because at that point I believe
15  they were short over six Librarians for the
16  School District.
17     Q.   Did you complete those courses?
18     A.   No, sir.
19     Q.   What were those courses, do you
20  remember?
21     A.   They were dealing primarily with
22  the technology of information, information
23  retrieval, various group sites for the
24  interchange of information, various usage of
25  electronic library systems.

Page 46

- Ray Santana -

1   - Ray Santana -
2      Q.   Were there also just like Library
3   Science courses?
4      A.   Not in the traditional way.
5         Once again, when I refer to the
6   "traditional way" it's the physical
7   manifestation of holding a periodical or book.
8      Q.   Sure.
9      A.   But yes, in an electronic way.
10     Q.   Just to circle back; tell me if I
11  have what she said correctly.
12        She said if you completed that
13  course work, then attained a certification as a
14  Library Media Specialist, that you would be
15  considered for a position of Library Media
16  Specialist in the District?
17     A.   Her exact verbiage was I will
18  place you in a position even in the middle of
19  the school year; that's how desperate we are
20  looking for Librarians.
21     Q.   If you completed the course work
22  and got certification as a Library Media
23  Specialist they would secure your position as a
24  Library Media Specialist?
25     A.   Correct.

Page 47

1   - Ray Santana -
2         Can I give you a point of
3   clarification?
4      Q.   Absolutely.
5         That particular route she's
6   expounding to is only a certificate -- a
7   five-year certificate, not a permanent
8   certification, not transitional, not a
9   professional certification.  That was only the
10  route they came up with when they did a
11  realignment of the teachers and certifications
12  back in 2004 -- February 2004.
13     Q.   Who's the "they" you're referring
14  to?
15     A.   The New York State Teacher
16  Certification Department; the bureau I'm not
17  quite sure.
18     Q.   You're not referring to the
19  District, you're referring to NYSED?
20     A.   Correct, sir.
21     Q.   So you said you had a conversation
22  with Denise Gagne-Kurpiewski around 2017?
23     A.   In her office.
24     Q.   Did you begin the process to
25  attain -- even as you described it -- the

Page 48

1   - Ray Santana -
2   five-year certification?
3      A.   Yes, sir.
4      Q.   Where did you do that?
5      A.   Through the University of Buffalo
6   on-line.
7         MR. GLASS:  August 2017 is what he
8   said.
9         THE WITNESS:  Correct.
10     Q.   And so you began to take courses
11  through the University of Buffalo?
12     A.   Correct.
13        Yes, sir; I'm sorry.
14     Q.   Do you remember which course you
15  took?
16     A.   Not offhand.
17     Q.   Do you remember, did you complete
18  any courses with the University of Buffalo?
19     A.   No, sir.
20     Q.   When did you begin taking those
21  courses through the University of Buffalo?
22     A.   It would have been September,
23  October 2017.
24     Q.   And why did you stop taking those
25  courses; or did you stop taking those courses?

Page 49

1   - Ray Santana -
2      A.   It became apparent, based upon
3   discussions with other institutions of higher
4   learning as well as with the University of
5   Buffalo, that I would not only not be receiving
6   permanent certification but they had no idea
7   because of the uniqueness of my education level
8   and certification what other requirement would
9   be necessary for me other than a full Masters
10  Degree.
11        I pointed out to them of my
12  discussions with NYSED Teacher Certification
13  and they tried to get information from them as
14  well; and they were not able to do so.
15     Q.   I'm a little --
16     A.   So the end product is nebulous at
17  best.
18     Q.   I'm a little confused.
19        First of all, you said you had a
20  conversation with the University of Buffalo and
21  with other higher education institutions.  When
22  you say "other" --
23     A.   Syracuse University.  Specifically
24  Queens College in Queens, New York; who had an
25  excellent program.

Page 50

1          - Ray Santana -
2      Q.   Which department at Queens
3  College?
4      A.   They have an actual Library
5  Science Division and they have a Certification
6  Officer.
7      Q.   What did the Certification Officer
8  at Queens College say?
9      A.   She said she couldn't find any
10  information on it.  Her exact words were You
11  have more degrees than I do; I'm not quite sure
12  what to do. I also spoke to the Head of that
13  department.
14      Q.   What department?
15      A.   The Library Science Department for
16  Queens College.
17          I can can provide you with dates
18  and a quick synopsis in writing.  I know that I
19  have that written; there's so much information.
20      Q.   Sure.
21          Obviously any documents regarding
22  those conversations we'd ask you to preserve
23  those documents.
24      A.   Yes, sir.
25      Q.   Do you remember, just from memory,

Page 51

1          - Ray Santana -
2  what the Head of the Library Science Department
3  at Queens College said to you?
4      A.   Not offhand; I'd have to review
5  the documentation, sir.
6      Q.   Who did you speak to at Syracuse
7  University?
8      A.   I'd have to look also.
9      Q.   Do you remember what department
10  you contacted at Syracuse University?
11      A.   They have a Library Science
12  Department as well.
13      Q.   Do you remember when you had these
14  conversations with Syracuse University and
15  Queens College?
16      A.   It would have been multiple
17  discussions over multiple periods of time.  I
18  would have to say between September right on
19  through December 2017.
20          Actually, beyond that. Because I
21  was with UB right up to the third -- March
22  2018.
23      Q.   What do you mean by you were "with
24  the University of Buffalo through March of
25  2018"?

Page 52

1          - Ray Santana -
2      A.   I was still working on the course
3  of studies while trying to assess where that
4  was going to lead.
5          At that point I decided nobody
6  could give me a viable answer in writing that I
7  was basically not doing -- I'm not quite sure
8  what I was thinking of.  Nobody did give me an
9  answer because my situation was so unique
10  everybody was dumbfounded.
11      Q.   So let me -- I'm little confused
12  as to why your situation was unique. Tell me
13  if I'm wrong.
14          If you had gone and completed the
15  course work and the certification requirement
16  to become a Library Media Specialist wouldn't
17  you have become a Library Media Specialist?
18      A.   It would have been a temporary
19  certificate.
20      Q.   Whether temporary in your case --
21  Let's go back to what the website says now.
22  What did the website say to the best of your
23  recollection?
24      A.   This was a five-year certificate.
25      Q.   I'm a little unfamiliar, sir;

Page 53

1          - Ray Santana -
2  please tell me.  You're saying if you completed
3  the Library Science course work --
4      A.   For the certification program;
5  that would give me a certificate.
6      Q.   This was through the University of
7  Buffalo?
8      A.   Right.
9      Q.   So you're saying you may have
10  enrolled in a program that wouldn't have gotten
11  you the certification you need to be become a
12  Library Media Specialist?
13      A.   Correct.
14          And the reason for that was
15  because I already had three Masters Degrees,
16  which intermingled with each other.
17          They couldn't get a definite
18  answer from the State either.  So all that
19  would qualify me for would be the
20  certification, but that wouldn't give me full
21  certification rights towards this.
22          This falls -- They weren't the
23  only ones; they just happened to stick longer
24  than the rest of them who just threw up their
25  hands.

Page 54

- Ray Santana -

1
2       They tried to get an answer from
3   the State and the State wouldn't give them an
4   answer.  All they kept saying was I would
5   qualify for the certificate, but I needed
6   another Masters program.
7       Q.   How did you find out about the
8   University of Buffalo program that you enrolled
9   in?
10      A.   I literally did my research.  I
11  googled that job.  And beyond googling I asked
12  a former Librarian in the State of Connecticut
13  and they referred me to a place.  And I decided
14  that it would be best if I did everything in
15  New York State; it would be easier for them to
16  obtain my records.
17      Q.   Did Denise Gagne-Kurpiewski
18  suggest any programs to you that you could have
19  signed up for to get that certification?
20      A.   The only one I recall was through
21  the New York State Education Department; but
22  not courses, the requirements.
23      Q.   You mean she referred you to the
24  NYSED --
25      A.   Teacher Certification.

Page 55

- Ray Santana -

1
2       Q.   And they provided you with a list
3   of requirements necessary to become certified
4   as a Library Media Specialist?
5       A.   Correct.
6       Q.   She didn't suggest any programs or
7   institutions of higher learning to help get you
8   there?
9       A.   No.
10      Q.   When you signed up with the
11  University of Buffalo in September 2017 were
12  you intent on engaging in the certification
13  course work necessary to achieve a
14  certification as a Library Media Specialist?
15      A.   Yes.
16      Q.   And the reason was stopped your
17  program with the University of Buffalo was
18  because you were unsure if that was the proper
19  program for you to essentially complete that
20  degree or complete that course work necessary
21  to become certified in New York State as a
22  Library Media Specialist; is that correct?
23      A.   I'm not quite sure of your
24  question.
25      Q.   I'll rephrase.

Page 56

- Ray Santana -

1
2       A.   I'm trying, sir.
3       Q.   No, please; it's not a problem.
4       When you stopped participating in
5   the program through the University of Buffalo
6   it was because you were unsure that if you
7   completed the program at the University of
8   Buffalo -- essentially that course work was not
9   going to help you become a Library Media
10  Specialist?
11      A.   That course work would help me
12  obtain a certificate.
13      Q.   So what was the reason why you
14  decided not to pursue it?
15      A.   Essentially nobody could tell me
16  whether I needed to get another Masters Degree
17  from which I already possessed in doing Library
18  Sciences.
19      The crux of this whole difficulty
20  in getting an answer was that prior to February
21  2nd or 3rd of 2004 I was considered a
22  Librarian; I was one and the same.  I was told
23  that on multiple occasions by the New York
24  State Education Department Teacher
25  Certification line.

Page 57

- Ray Santana -

1
2       After that not only did all the
3   certifications change but the titles changed;
4   they changed the requirements; they changed the
5   -- I mean, while it would be analogous of --
6   I'm a Special Needs Teacher right now.  Now
7   everything changed.  They've change Special
8   Needs and blocked them into subject areas.
9       And also from what I was made to
10  understand there are grade groups where you can
11  be a Special Ed Teacher in Mathematics at the
12  High School level covering ninth through -- or
13  maybe eighth through twelfth.
14      As a Special Needs teacher one of
15  my certification was referred to as a common
16  branch, otherwise known as Elementary.  They no
17  longer issue that; it's Pre-K through sixth.
18      So you can understand that this
19  definitely -- I don't know whether I'm a case
20  study or just someone forgotten, but this was
21  not going to give me anything other than a
22  certificate that would guarantee that I could
23  work in a position for five years; that's all.
24      MR. GLASS:  Let's take a break for
25  a second.

Page 58

- Ray Santana -

1
2     (Whereupon a break was taken from
3  11:20 a.m. to 11:33 a.m.)
4     Q.   Mr. Santana --
5     A.   Yes, sir.
6     Q.   -- are you ready to go?
7     A.   Yes, sir.
8     Q.   I want to pick up where you left
9  off before the break.  We were discussing your
10  enrollment in the program you were enrolled in
11  at the University of Buffalo.
12            When did you stop taking classes
13  at the University of Buffalo?
14     A.   About March 2018.
15     Q.   And did you complete any courses
16  between September 2017 and March 2018?
17     A.   No.
18     Q.   Did you enroll in any other
19  institution of higher learning to complete any
20  courses in Library Science to become certified
21  as a Library Media Specialist?
22     A.   No.
23     Q.   But you're aware that you need to
24  complete course work in Library Science in
25  order to become a certified Library Media

Page 59

- Ray Santana -

1
2  Specialist; is that correct?
3     A.   Can you --
4     Q.   Are you aware that you need to
5  complete course work in Library Science in
6  order to become certified as a Library Media
7  Specialist?
8     A.   No.
9     Q.   Were you ever informed of the
10  certification requirement to become a Library
11  Media Specialist by the NYSED in writing?
12     A.   Only a digital copy was sent of
13  their website indicating what the requirements
14  were.  And that was to become a Library Media
15  Specialist under the new certification.
16     Q.   You're saying that was on their
17  website?
18     A.   Correct.
19     Q.   Did they ever contact you?
20     A.   Yes, they did.
21     Q.   Do you remember when they
22  contacted you?
23     A.   No, sir.
24        MR. GOLDSTEIN: I'd like to mark --
25        MR. GLASS:  "They" being NYSED?

Page 60

- Ray Santana -

1
2        THE WITNESS:  Yes, "they" being
3  NYSED.
4        MR. GOLDSTEIN:  Let's mark this as
5  Respondent's B.
6        (Document, Notice of Uncompleted
7  Requirements for Certification dated 8/21/2017,
8  marked for identification as Respondent's
9  Exhibit B.)
10     Q.   Mr. Santana, I'd like to hand you
11  what's been marked as Respondent's Exhibit B.
12  Take a moment to review that, let me know when
13  you're finished, then I'd like to ask you a
14  couple of questions about it.
15     A.   (Witness examines document.)
16     Q.   Are you ready to answer some
17  questions about this document?
18     A.   Yes, sir.
19     Q.   Have you reviewed that document
20  that's been marked as Respondent's Exhibit B?
21     A.   Yes, sir.
22     Q.   Do you recognize that document?
23     A.   Yes, sir.
24     Q.   Is that a letter sent by NYSED to
25  you concerning Uncompleted Requirements for

Page 61

- Ray Santana -

1
2  Certification as a Library Media Specialist?
3     A.   Yes, sir.
4     Q.   This is a letter dated August 21,
5  2017?
6     A.   Correct.
7     Q.   Do you now recall being informed
8  of these requirements to attain a certification
9  as a Library Media Specialist?
10     A.   Yes, sir.
11     Q.   Actually, do you recall being
12  informed of the certification requirements to
13  become a Library Media Specialist by NYSED on
14  August 21, 2017?
15     A.   No, sir, I don't recall; but I do
16  recognize the document.
17     Q.   As you can see, there are four
18  specified areas -- requirement areas to become
19  a certified Library Media Specialist.  Do you
20  see the section in there with four bullet
21  points?
22     A.   Yes, sir.
23     Q.   Concerning the first bullet point,
24  that says Content Core - Library Science, then
25  it says 12 SH.  Have you taken 12 credits of

Page 62

1          - Ray Santana -
2   course work in Library Science?
3       A.   Not that I recall.
4       Q.   Since this letter, since August
5   21, 2017 have you completed any courses that
6   would help to fulfill the Content Core
7   requirement?
8       A.   No, sir.
9       Q.   Next is Content Specialty Test; do
10  you see that second bullet point on this
11  letter?
12      A.   Yes.
13      Q.   Have you taken a Content Specialty
14  Test in the area of either Library Media
15  Specialist or Safety Net Library Media
16  Specialist?
17      A.   No, sir.
18      Q.   You've not taken a Content
19  Specialty Test?
20      A.   Not that I can recall.
21      Q.   Do you see the third bullet point
22  that says Workshop - Dignity for All Students
23  Act?
24      A.   Yes.
25      Q.   Have you participated in a

Page 63

1          - Ray Santana -
2   workshop the Dignity for All Students Act?
3       A.   Yes, sir.
4       Q.   Do you remember when you
5   participated in that workshop?
6       A.   No, sir.
7       Q.   Then the fourth bullet point is
8   School District Recommendation.  Have you
9   attained a recommendation by the School
10  District?
11      A.   I was made to understand that the
12  School District sent an electronic
13  recommendation.
14      Q.   Okay, I want to take a second to
15  -- Look at the Notice of Claim.  Do you have
16  that in front of you?
17      A.   (Search performed.)
18          MR. GOLDSTEIN:  By the way, at the
19  end I'm going to ask for that copy of the
20  Notice of Claim back because it has the sticker
21  on it.  I have a copy, so that's fine.
22      Q.   I want you to look specifically at
23  the eighth paragraph of the Notice of Claim, so
24  flip to the second page.
25      A.   (Witness complies.)

Page 64

1          - Ray Santana -
2       Q.   That says that District's Counsel
3   informed you that if you obtained a letter from
4   NYSED that you had the requisite qualifications
5   to become a Library Media Specialist the
6   District would hire you for such a position; is
7   that correct?
8       A.   Yes, sir.
9       Q.   Did you ever obtain a letter from
10  NYSED stating that you had the qualifications
11  to become a Library Media Specialist?
12      A.   No, sir.
13      Q.   I then want to talk abut the next
14  paragraph, Paragraph 9 of the Notice of Claim.
15          Do you recall having a
16  conversation with anyone from NYSED in March
17  2019 regarding whether you were eligible or
18  certified to become a Library Media Specialist?
19      A.   I remember the date, I remember
20  the person I spoke to, but it was not discussed
21  that I was eligible for a Library Media
22  Specialist.
23      Q.   Are you saying --
24      A.   I don't recall that.
25          What I do recall is that the

Page 65

1          - Ray Santana -
2   individual affirmed that under the old
3   regulations I was considered a Librarian, one
4   and the same as a School Media Specialist.  And
5   I recorded that conversation.
6       Q.   How did you record that
7   conversation?
8       A.   I recorded it using two electronic
9   devices; one was a Samsung Galaxy5 and the
10  other one an electronic recorder.
11      Q.   Do you still have copies of that
12  recording?
13      A.   Yes, sir.
14      Q.   And do you remember who you spoke
15  to at NYSED?
16      A.   My recollection was that the
17  individual who identified himself as a
18  Certification Officer only referred to his name
19  as Matt F, as in Frank.
20      Q.   By what means did you speak to
21  Matt F?
22      A.   I'm sorry?
23      Q.   Did you speak with him over the
24  telephone?
25      A.   Yes, sir.

Page 66

1        - Ray Santana -
2      Q.   What did he say to you?
3      A.   I provided the transcript for that
4  with the New York Human Rights Division.  I do
5  not recall the exact verbiage.  I also provided
6  the electronic recording of the conversation as
7  it was occurring.  And at the end when I hung
8  up I do recall memorializing the recording by
9  stating the date, and time, and who I spoke to,
10 and my name.
11     Q.   Did you talk to anyone about this
12 conversation?
13     A.   My wife; and to the best of my
14 knowledge -- my recollection, my attorney.
15     Q.   You referred to having composed
16 and providing a transcript of that conversation
17 with NYSED.  Do you remember when you composed
18 that transcript?
19     A.   No, sir.
20     Q.   Was any part of the conversation
21 you had with NYSED omitted from that
22 transcript?
23     A.   Not that I'm aware of.
24          When I provided that transcript I
25 indicated that I did as best as I could.

Page 67

1        - Ray Santana -
2          MR. GOLDSTEIN:  I'd like to mark
3  this as Respondent's Exhibit C, please.
4          (Document, Transcript of Telephone
5  Conversation Held on 3/14/19, marked for
6  identification as Respondent's Exhibit C.)
7      Q.   I'm handing you what's been marked
8  as Respondent's C.  Take a moment to review it,
9  then let me know when you're finished reviewing
10 it, then I'd like to ask you some questions
11 about it.
12          (Witness examines document.)
13     A.   Yes, sir.
14     Q.   Did you review this document
15 that's marked as Respondent's Exhibit C?
16     A.   Yes.
17     Q.   Do you recognize that document?
18     A.   Yes, sir.
19     Q.   That transcript was developed
20 pursuant to a conversation with an individual
21 named Matt F, who is employee of NYSED?
22     A.   Yes, sir.
23     Q.   Is this transcript a complete and
24 accurate representation of the conversation you
25 had with this individual on March 14, 2019?

Page 68

1        - Ray Santana -
2      A.   To the best of my knowledge, yes.
3      Q.   I wanted to ask you specifically
4  about what we've discussed.
5          You were saying that your
6  certification as a School Media Specialist is
7  one and the same as certification as a Library
8  Media Specialist.  I was wondering if you could
9  point to me on the transcript where Matt F says
10 that.
11     A.   (Witness examines document.)
12     Q.   I'll refer you to the second page
13 of this transcript.
14     A.   (Witness complies.)
15     Q.   Do you contend that the
16 certification you attained in 2004 as a School
17 Media Specialist "grandfathers" you -- to use a
18 phrase you've previously used -- to essentially
19 attain certification as a Library Media
20 Specialist?
21     A.   I'm sorry, sir?
22     Q.   Do you contend that your
23 certification you attained in 2004 for a School
24 Media Specialist grandfathers you into becoming
25 or getting certified as a Library Media

Page 69

1        - Ray Santana -
2  Specialist?
3      A.   Yes, sir.
4      Q.   Where on this transcript does the
5  individual from NYSED say that your
6  certification as a School Media Specialist
7  grandfathers you into becoming a Library Media
8  Specialist, that essentially the certifications
9  are equivalent?
10     A.   The third Ray down says the
11 following:
12          RAY:  Was the old certification
13 sufficient to work as a Librarian.
14          MATT F:  Well yeah that's that's
15 the old certification...it all depends on which
16 employer wants.  If they if they want the new
17 recertification -- unintelligible -- if the old
18 certification is fine for them that's it.
19          RAY:  The only indication they
20 gave that it would be fine for them if we just
21 got something in writing.
22          MATT F:  We do not write anything
23 --
24          I'm sorry; I'll rephrase.
25          MATT F:  A, we don't write

Page 70

1       - Ray Santana -
2   anything and B, they can always check the
3   teacher site they can always look you up good
4   you have permanent certification.
5           RAY:  Okay so if I get this
6   straight because I'm going to have to go back
7   to them again we're going back and forth about
8   this my certification as a School Media
9   Specialist is dated on the 1st of February 2004
10  before this realignment at that time I could
11  work as a Librarian according to that
12  certification.
13          MATT F:  Yes.
14      Q.  Okay, I want to just talk about
15  the passage before that.  Go to the third
16  paragraph from the top on the second page where
17  Matt F, the individual from NYSED, says that
18  your 2004 certification as a School Media
19  Specialist does not grandfather you into
20  becoming a certified Library Media Specialist.
21      A.  What?
22          MR. GLASS:  Is there a question?
23          MR. GOLDSTEIN:  Yes.
24      A.  I don't understand the question.
25      Q.  Sure.

Page 71

1       - Ray Santana -
2           It was your contention a moment
3   ago that your certification you attained in
4   2004 as a School Media Specialist grandfathers
5   you into becoming a certified Library Media
6   Specialist.  I'm asking you, Did this
7   individual from NYSED agree with your
8   assessment?
9       A.  All he --
10          MR. GLASS:  I'm going to object.
11  I think that the documents speaks for itself.
12  That says "there is no such thing as
13  grandfathered in."  That might mean the term
14  didn't exist.  I don't know that it's fair to
15  ask him about NYSED's recognition of the word.
16          He did say something in the other
17  paragraph that kind of speaks for itself as to
18  what his understanding was.
19      Q.  Let's go to the next paragraph, if
20  you don't mind, to where the individual from
21  NYSED says that it all depends on what the
22  employer wants, if they want the new
23  recertification.
24          Do you believe that it was
25  essentially the position of NYSED that it was

Page 72

1       - Ray Santana -
2   within the District's discretion as to what
3   certification was necessary for an employee of
4   the Mount Vernon City School District to hold a
5   position as a Library Media Specialist?
6       A.  I'm not quite sure what the
7   question is.
8       Q.  Would you interpret this portion
9   of this transcript where he says, quote, it all
10  depends which employer wants if they want the
11  new recertification -- unintelligible -- if the
12  old certification is fine for them that's it,
13  do you understand that paragraph to mean that
14  if the Mount Vernon City School District
15  required that employees who wished to become a
16  Library Media Specialist have the new
17  certification was that within the discretion --
18  meaning the choice -- of the Mount Vernon City
19  School District to require that of District
20  employees?
21      A.  No.
22      Q.  What do you think this means?
23      A.  The way I'm reading it he's
24  dancing around the issue because I could work
25  -- he acknowledged that I could work as a

Page 73

1       - Ray Santana -
2   Librarian under the old certification.
3           What that transcript is was taken
4   from a recording that I got, because I have
5   been receiving the same information in various
6   ways from other Certification Officers, that
7   they were one and the same as described.
8           The difference between this and my
9   other discussions was that I actually recorded
10  this.  Even when I recorded this he was very
11  evasive in answering questions.  There was a
12  lot of pausing in between.
13          That's the best that I can recall
14  of it.
15      Q.  Do you believe that this statement
16  where it says it all depends basically on what
17  the employer wants is an inaccurate
18  representation of the position of NYSED?
19      A.  I'm not quite sure what you mean.
20      Q.  You testified a moment ago that
21  the individual you spoke with that you recorded
22  the conversation with was being evasive.
23          Do you believe that statement here
24  about -- basically where he appears to say that
25  the District has some sort of discretion is an

Page 74

- Ray Santana -

1  inaccurate understanding of NYSED requirements
2  with respect to your certification?
3      A.   I think it's inaccurate.
4      Q.   Why do you think it's inaccurate?
5      A.   Because, as I pointed out before,
6  in previous discussions with other
7  Certification Officers, not just Matt F, they
8  were indicating that a School Media Specialist
9  and Librarian were always taken as one and the
10  same.
11      All this is a synopsis of an
12  actual recorded conversation.  My belief as to
13  this is the interpretation had been pretty
14  consistent that they were one and the same.
15      Q.   Do you believe then that the
16  District doesn't have the choice as to what
17  certifications it requires of persons who want
18  to be employed as a Library Media Specialist at
19  the Mount Vernon City School District?
20      A.   My certification was given by the
21  State of New York and that's what the District
22  can go by.  And my certification prior to the
23  realignment in '04 would have allowed me to
24  work as a Librarian.  And that is what the

Page 75

- Ray Santana -

1  Certification Officers have been pretty
2  consistent about.
3      Q.   But you're saying this particular
4  passage regarding the discretion of the School
5  District is inconsistent with the discussions
6  you had -- other discussions you had with
7  NYSED; is that right?
8      A.   I don't know.
9      Q.   Well, I'm asking you.
10      A.   I don't understand the question.
11      Q.   You're saying you had consistent
12  discussions with persons at NYSED who were
13  saying that your certification as a School
14  Media Specialist was the equivalent to a
15  certification as a Library Media Specialist; is
16  that correct?
17      A.   That they have said the same thing
18  over and over again.  They never said
19  "equivalent"; what they said more than once was
20  "it was one and the same."
21      Q.   Can we stipulate that "equivalent"
22  and "one and the same" mean the same thing?
23      A.   I guess so.
24      Q.   I'm trying to figure out the

Page 76

- Ray Santana -

1  difference between the two.
2      A.   I'm only stating what they said.
3  I don't recall them ever saying it's the
4  equivalent.
5      Q.   When you heard this statement that
6  essentially it's within the employers
7  discretion what certification they required
8  when someone wanted to become a Library Media
9  Specialist at the Mount Vernon City School
10  District is that statement different from
11  statements from NYSED in other conversations
12  you had with them?
13      A.   Yes.
14      First of all, this Library Media
15  Specialist title didn't exist prior to 2004.  I
16  only even become vaguely aware that it existed
17  only about four, five years ago.
18      And as far as my grandfathering, I
19  don't know whether it's a legal term or not,
20  but that would indicate that all my previous --
21  all my certifications are null and void because
22  after the alignment the title could have
23  changed and that would have meant that I wasn't
24  certified.

Page 77

- Ray Santana -

1      Q.   Okay, I'd like to move on to the
2  tenth paragraph of your Notice of Claim at the
3  bottom of the second page where it says that
4  you informed the District's Counsel on April
5  15th of your conversation with the NYSED
6  representative through his own Counsel.
7      When you referred to "his
8  conversation with the NYSED representative" are
9  you referring to the conversation as reflected
10  in the transcript marked as Respondent's C?
11      A.   I'm referring to recording the
12  conversation.  I would have -- I think I would
13  have done the transcript sometime afterwards.
14      Q.   So the tenth paragraph of your
15  Notice of Claim is referring to the
16  conversation you had with Matt F on March 14,
17  2019; is that correct?
18      A.   That I had recorded the
19  conversation, yes.
20      Q.   So what did the April 15, 2019
21  correspondence say?
22      A.   That I have gotten in touch.  That
23  I had recorded -- gotten in touch with the --
24  All I can recall is that I had gotten in touch

Page 78

- Ray Santana -

1
2  with NYSED and they confirmed that it was one
3  and the same as being a Librarian.
4           MR. GLASS:  I assume you have this
5  because I'm sure we gave you the E-mail that
6  was sent to Mr. Christophe.  I think it speaks
7  for itself.  I wrote it, so --
8           MR. GOLDSTEIN:  Okay.
9           MR. GLASS:  -- I assume you have a
10  copy of it.  You're asking him what was written
11  in the E-mail to Mr. Christophe?
12           MR. GOLDSTEIN:  I'm asking him to
13  summarize his impressions of that
14  correspondence.
15           MR. GLASS: It's an E-mail I wrote.
16     Q.  Based on the eleventh paragraph of
17  your Notice of Claim, what were you impressions
18  of what the District Counsel informed you and
19  your Counsel about your conversation with the
20  official at NYSED?
21           MR. GLASS:  Note my objection.
22           You have the actual evidence.  I
23  don't know why impressions matter or what the
24  relevance is.
25           To the extent that you understand

Page 79

- Ray Santana -

1
2  you can answer.
3     Q.   Did you read the correspondence
4  sent by District Counsel on April 18, 2019?
5     A.   I don't recall it.
6     Q.   I want you to flip back to the
7  first page of the Notice of Claim; so back to
8  the front.
9     A.   (Witness complies.)
10    Q.   It says in the very first
11  paragraph where you're stating your claims
12  against the Respondents -- this is one, two,
13  three -- the fourth line down, it says
14  "discriminatory."  What is the basis of this
15  claim that the Respondents acted
16  discriminatorily?
17           MR. GLASS:  Note my objection as
18  that's a legal term that's chosen by Counsel.
19    Q.   Do you believe that you've been
20  discriminated against by the Mount Vernon City
21  School District?
22    A.   In what manner?
23    Q.   In the context through which
24  you've brought a Notice of Claim saying that
25  you haven't been hired as a Library Media

Page 80

- Ray Santana -

1
2  Specialist.
3     A.   Uh-huh.
4     Q.   By "uh-huh" do you mean yes?
5     A.   I'm terribly sorry, sir.  I'm just
6  getting a little bit tired.  I'm sorry.
7     Q.   Do you need to take a break?
8     A.   No; it would do no good at this
9  point.
10    Q.   You're free to take a break.
11    A.   No, my medication is wearing off;
12  my pain medication.
13    Q.   Just let me know if you need to
14  take a break, please.
15           Back to where we started.
16           You filed a Notice of Claim
17  claiming that the District didn't hire you as a
18  Library Media Specialist.  In your Notice of
19  Claim it says that the District acted in
20  discriminatory ways.
21           I'm asking you, do you believe
22  that you have been discriminated against by the
23  Mount Vernon City School District?
24    A.   Yes, I do.
25    Q.   And on what basis do you claim

Page 81

- Ray Santana -

1
2  that you've been discriminated against by the
3  Mount Vernon City School District?
4     A.   On the basis of the following --
5     Q.   Okay.
6     A.   -- age, gender, national origin,
7  disability -- (Indicating.)  That's all I can
8  think of offhand.
9     Q.   What is the basis of your
10  allegation that the Mount Vernon City School
11  District discriminated against you on the basis
12  of age?
13    A.   I'm 63-years-old and my
14  assignments have gotten progressively worse as
15  far as the students that I need to deal with.
16           And I'm not able to go beyond that
17  right now.
18    Q.   If you could, please turn to the
19  sixth paragraph of your Notice of Claim.
20    A.   (Witness complies.)
21    Q.   If look at the last sentence it
22  says Upon information and belief, the District
23  has hired four younger females for the Library
24  Media Specialist during the most recent summer
25  of 2018.

Page 82

- Ray Santana -

1
2          Who are the four younger females?
3      A.   I'm not privy to that information
4  because it is with the District.
5      Q.   So you don't know who the four
6  younger females are?
7      A.   I couldn't tell you their names.
8  I couldn't identify them if I saw them
9  in-person.
10     Q.   Do you know what certifications
11 the four younger females possess?  Do you know
12 if the four younger females possess the same
13 certifications you do as a School Media
14 Specialist?
15     A.   No, I do not.
16     Q.   Do you know if they -- the four
17 younger females -- possess a certification as a
18 Library Media Specialist?
19     A.   No, I do not.
20     Q.   Have the District Administrators
21 made any age related comments to you?
22     A.   Comments, no.
23     Q.   Have District employees ever made
24 any age related comments to you?
25     A.   Not that I can recall.

Page 83

- Ray Santana -

1
2      Q.   You testified a moment ago that
3  you were discriminated against based on gender.
4  What's the basis for that testimony?
5      A.   Currently all of the Librarians in
6  the District are females, when I was the only
7  male working as a Librarian.
8          There was another male and they
9  basically got rid of him by the end of the
10 school year.  They had already given him notice
11 prior to that.
12         To the best of my knowledge --
13 that's what I was told -- that individual is no
14 longer employed by the District.
15     Q.   Do you believe that his employment
16 was terminated?
17     A.   That's what I was made to
18 understand.
19     Q.   Do you remember the name of that
20 employee?
21     A.   No; but the District should be
22 able to locate it because it was happening
23 during the same school year I worked at the
24 alternative high school.
25     Q.   Do you believe that the District

Page 84

- Ray Santana -

1
2  didn't want to hire Library Media Specialists
3  who are men?
4      A.   I was made to understand that the
5  individual that had been hired by the District
6  already had experience working with school
7  systems in New York City.
8      Q.   Has anyone -- any District
9  Administrator ever made any sort of gender
10 related comments to you?
11     A.   Not that I can recall.
12     Q.   Has any District employee made any
13 gender related comments to you?
14     A.   I do not recall the exact date or
15 verbiage.  I recall being at a meeting with
16 some of the Librarians for professional
17 development.  And they were happy to see me
18 because I would interject a different
19 perspective of how to solve a particular
20 problem that was being presented.
21     Q.   How does that relate to your being
22 a male?
23     A.   That a man's perspective is going
24 to be different.
25     Q.   So they valued your perspective as

Page 85

- Ray Santana -

1
2  a man?
3      A.   Correct.
4      Q.   Do you remember when that meeting
5  happened?
6      A.   It would have been a professional
7  development meeting at one of the Elementary
8  Schools.  I'm sorry; at the Middle School.
9      Q.   Do you remember who said that?
10     A.   No.
11     Q.   Besides that one example were
12 there any other gender related comments made to
13 you during your time at the District?
14     A.   No, sir; but there were many
15 actions to that effect.
16     Q.   Like what?
17     A.   I believe in September '17 I was
18 assigned at the beginning of the school year to
19 Room 225.  And at that time when I got to the
20 room there were no desks; no chairs; it was
21 disheveled; there was a pile of trash.  And I
22 tried to soldier on as best I could.
23         When I went to see the
24 Superintendent regarding the librarianship he
25 had questioned me in his office if I was not

1          - Ray Santana -
2  happy with what I was doing.  And I indicated
3  to him that at that point in time I was in a
4  room without chairs and a desk and trash.
5          And he called the of Principal
6  Mount Vernon High School, Mr. Gonzalez, right
7  there and then and spoke with him for a few
8  minutes and said You need to see Mr. Gonzalez.
9  He says you're in the wrong room.
10          As soon as I got back to the High
11  School I went to Mr. Gonzalez to speak to him
12  and he was very, very angry and agitated.  I
13  was in his office and he told me that I had
14  been going to the wrong room.  I tried to
15  present paperwork to the effect that every day
16  my assignments were being sent that I was
17  supposed to report to that room.
18          Mr. Gonzalez told me that Room 236
19  was my room, to go there right now.  I took my
20  paperwork -- as I said subsequently in the
21  wrote the E-mail -- I was fumbling; I had a
22  cane and a large stack of paperwork with me.
23          When I went to the room that he
24  directed me to the room was completely set up
25  already and being used by another teacher,

1          - Ray Santana -
2  Angela Agosto; and it showed clearly on her
3  schedule that she was to be instructing in that
4  classroom.
5          I apprised her of my conversation
6  with Mr. Gonzalez and, of course, she was very
7  upset.  She subsequently gave me her scheduling
8  that required her to go not only to more than
9  one classroom but also on the other side of the
10  building to be teaching.  So she had to give up
11  a fully equipped and fully set up classroom.
12          Within a little more than three
13  weeks Principal Gonzalez assigned Ms. Lillian
14  Ferrell, a teacher even more senior in age and
15  tenure than myself, to that very Room 225.
16  Once again she found no work computer, a very
17  little desk, and trash.
18          So it's become patently obvious
19  that as senior members of the teaching
20  community we were being singled out in our
21  assignments.
22          And she was also given an
23  assignment, as I was, for that year with
24  children that had severe academic, emotional,
25  and psychological problems.

1          - Ray Santana -
2      Q.   Who assigned you -- I'm sorry.
3  Tell me the name of the other teachers.  It was
4  Ms. Angela Augusto and who?
5      A.   Ms. Lillian Ferrell;
6  F-E-R-R-E-L-L.
7      Q.   I apologize.
8      A.   She was a senior teacher that was
9  sent over to Room 225 once I was told to go to
10  Room 236.  And Ms. Angela Agosto -- I believe
11  it's spelled A-G-O-S-T-O -- she was the
12  occupant of the room; and effectively I took
13  over the room and she was ejected from the
14  room.
15      Q.   Is Ms. Ferrell still in Room 225?
16      A.   To the best of my knowledge she
17  was reassigned to work with what you call life
18  skill children.  Life skill children students
19  are very, very low performing with physical and
20  mental handicaps.  And I have not seen her any
21  longer in the building.
22      Q.   I'd like you to just tell me if
23  I'm off base here.
24          If you go to the seventh paragraph
25  of your Notice of Claim you're saying that some

1          - Ray Santana -
2  things got tougher, correct; you're
3  characterizing that as tougher assignments?
4  When you say that you've been "assigned to
5  teach in a dangerous environment" are you
6  referring to that story; what are you referring
7  to?
8      A.   Academically, socially that's a
9  tougher environment.  It's a dangerous
10  environment.  There's been violence in the
11  classroom on more than one occasion.
12          In a particular class that I was
13  given in September of 2017 one child was
14  brought to me who had previously only the week
15  or so before been in a mental institution.
16          I also had various social problems
17  with the children where there was fighting,
18  actual fist-fighting in the classroom.
19          All this behavior got to the point
20  where the class was actually classified as a
21  12-1-1 class, which means the highest I could
22  get was 12 of these students with one teacher
23  and one aide at all times.  However, sometimes
24  it was up to five or six adults in the room
25  because several students had one-to-one

Page 90

- Ray Santana -

1
2 teaching assistants because their behavior was
3 a danger.
4        And my assistant, who I worked
5 with over the years, over 18 years at various
6 times I was exposed to, had seen this and
7 commented these were probably the worst
8 students that we ever had.
9        Q.   You're saying that was the
10 situation in September 2017?
11        A.   And it's been that way pretty
12 consistent since I've been injured.
13        Q.   I want to ask you about what you
14 said there in the Notice of Claim.  You said
15 that you're presently assigned to teaching in a
16 dangerous environment?
17        A.   Yes.
18        Q.   What is your current assignment
19 and why do you believe your current assignment
20 is dangerous?
21        A.   My answer is twofold.
22        Number One, I was a co-teacher
23 with a Mr. Duffy from Mathematics, for several
24 mathematical courses.  Because of the injuries
25 I suffered at the hands of my students I have

Page 91

- Ray Santana -

1
2 been in and out, but mostly out of the
3 classroom and I have not been assigned any
4 assistants.
5        One telling example was by
6 November 1, 2018 I was no longer able to work
7 due to my injury.  However, two days before,
8 once again a fight started out in front of my
9 classroom.  Even though I keep my classroom
10 locked at all times for security purposes, I
11 had just opened the door to the classroom to
12 allow the students to exit and a fight not only
13 wound out working its way into my classroom but
14 involved my entire classroom.  It was not my
15 students at that particular time, but students
16 I'm not familiar who started throwing desks and
17 chairs.  And Security came and they nearly had
18 to break it up.
19        Q.   The fight went from the hallway
20 into your classroom?
21        A.   Correct; it was a dangerous
22 situation.
23        Once again, two days later, my
24 students were starting to file out the door at
25 the end of class, and all of a sudden they

Page 92

- Ray Santana -

1
2 stopped and I asked why.  They said that
3 Security had locked them in and would not allow
4 them to leave.
5        Q.   Leave the classroom?
6        A.   Leave my classroom.
7        In a previous fight one of the
8 students fighting jumped out of the window to
9 proceed to attack whoever they were attacking.
10        But on the day that the students
11 had stopped going and filing out the door there
12 was another fight in front of the classroom and
13 Security came and apologized that the reason
14 why they had to shelter my students was in
15 trying to avoid the fight migrating into my [
16 classroom.
17        Also, I have to be very, very
18 careful with the student population.  I've had
19 incidents where gangs have worked their way in.
20 I spoke to the Head of Security, whose name is
21 Rosario, who said they were working on it.
22 These are not only students of mine but they're
23 coming from the outside.
24        I've been threatened verbally.  At
25 one point when I called Security when Security

Page 93

- Ray Santana -

1
2 arrived the students started jumping out of the
3 window to avoid Security.  I was made to
4 understand that subsequently several students
5 were suspended.
6        Q.   What floor is your classroom on?
7        A.   It's on the first floor due to my
8 injury.  I have reasonable accommodations and
9 there are no expectations to go up stairs.
10        It's a very, very dangerous
11 environment even for me to walk between
12 classrooms.  There are times when the students
13 are there and there will be a fight or they're
14 running and I've got to plaster myself against
15 the wall.
16        Q.   Why do you believe your
17 assignments have become more dangerous?
18        A.   Because of the nature of the
19 students that I'm given on a regular basis.
20        At one point I was given a
21 restricted classroom.  I stood in that
22 classroom all day with the students because
23 they were in a difficult environment.  And the
24 teachers for each subject area rotated and at
25 all times I always had two assistants with me.

Page 94

```
 1        - Ray Santana -
 2   So, I mean --
 3       Q.   I guess what I'm asking is, You
 4   didn't always have these sort of fighting
 5   issues with the students, you're basically
 6   saying these issues are since 2017; is that
 7   right?
 8       A.   Probably since about 2015, 2014.
 9       Q.   You've had these issues with
10   students since 2014, 2015?
11       A.   Right.
12       Q.   Why do you believe you started
13   getting assigned students who would get
14   involved in fights and the other issues you
15   just spoke about?
16       A.   There was probably a direct
17   correlation to the fact that I was severely
18   injured by a student on December 8, 2011
19   breaking up a fight.
20       Q.   Why do you say that's directly
21   related?
22       A.   Because of my injuries I've had to
23   restrict my -- where I've been able to go and
24   how much I'm involved with the school, even
25   though I had an operation to try and correct
```

Page 95

```
 1        - Ray Santana -
 2   the damage.  When it occurred at that time I
 3   had assignments going from one end of the
 4   school to the other, from one level to another.
 5   Even though I was -- at that time I was
 6   ambulatory, but only with the use of crutches.
 7       Q.   Is it your testimony that due to
 8   having suffered an injury on the job in 2011
 9   that you've been assigned students with
10   disciplinary issues as a result of having
11   suffered an injury?
12       A.   Yes.
13       I'm trying to -- The name escapes
14   me at this very moment.  Before I even got the
15   students in September 2017 the Security Officer
16   in charge of security for what is considered
17   the ninth grade academy, which was segregated
18   from the High School, specifically told me that
19   the students that I would be getting were going
20   to be exceedingly difficult and to try to write
21   up as much as I could because he knew what was
22   coming from Davis Junior High School.
23       Q.   Why do you believe you were
24   assigned exceedingly difficult students?
25       A.   I believe because of my injuries.
```

Page 96

```
 1        - Ray Santana -
 2   And because it would have seemed to make common
 3   sense to not place me in a situation like that
 4   where I was barely ambulatory after the
 5   injuries I had suffered.
 6       Q.   So regarding the injury you
 7   suffered in 2011, did you bring a claim with
 8   the New York State Workers' Compensation Board
 9   related to that injury?
10       A.   Yes, sir.
11       Q.   What was the outcome of that
12   proceeding?
13       A.   That proceeding is on-going.
14       Q.   Have you received any benefits or
15   payments from the New York State Workers'
16   Compensation Board as a result of that claim?
17       A.   They paid for my first operation
18   and paid for a little bit of my physical
19   therapy after that.
20       It became public knowledge from
21   testimony -- sworn testimony that I was a
22   disabled Vietnam era vet and from that day on
23   it pretty much went south.  They kept trying
24   for a causal relationship even though I had
25   been disabled over 36 years without any problem
```

Page 97

```
 1        - Ray Santana -
 2   with employment, even though the school was not
 3   aware that I was a disabled Vietnam vet.
 4       I also submitted on several
 5   occasions, as is the standard practice, to
 6   physicals by private physicians at the request
 7   of the District, which they do periodically.
 8       I had teachers to testify on my
 9   ability to perform my duties and my injuries as
10   a veteran would never be discussed because they
11   did not affect me.
12       Once there was testimony at
13   Workers' Compensation it became apparent that I
14   was a disabled Vietnam era vet and the District
15   tried to use that argument for not having to
16   pay for any further treatment.  That was
17   negated by the Hearing Officer who explained
18   that was not a defense they could use; all that
19   needed to be determined was whether I had been
20   kicked -- were his exact words -- and did I
21   suffer an injury.
22       Q.   Let me ask you --
23       A.   I'm going to go further.
24       Q.   Okay; go ahead.
25       A.   When it became apparent not only
```

Page 98

- Ray Santana -

1
2  through my physicians but also the physician
3  for the District required me to go to have my
4  knee replaced the District insurance --
5  Workers' Compensation insurance monitors said
6  that my BMI, Body Mass Index, was too high and
7  that I needed to bring it down, which I was
8  able to do to the specifications that they
9  wanted within about two-and-a-half months, at
10  which point they should have provided for the
11  operation. When the evidence was given that I
12  had fulfilled their requirements they
13  specifically said no, they weren't going to
14  approve the operation, at which time I spoke
15  with my attorney who put in a appeal which they
16  subsequently lost.
17        However, I was getting to the
18  point where I could barely function. And when
19  I went to Veterans Administration they took
20  over. They're the ones who provided me with a
21  new knee and have been treating me ever since.
22        So yes, I have been discriminated
23  against. It's a matter of public record
24  specifically because of the injuries that I
25  suffered while I was in the service of my

Page 99

- Ray Santana -

1
2  country and also because of the injuries I
3  suffered while performing my duties as a
4  teacher, which is not only to educate the
5  children but to provide them with a safe
6  environment.
7        Q.   Okay, just to make sure I
8  understand your testimony.
9        You believe that -- essentially
10  that your current assignments over the last
11  several years, the fact that you've been
12  assigned students who have had disciplinary
13  issues, is related to the Workers' Compensation
14  proceeding you brought due to the injury you
15  suffered in 2011; is that correct?
16        A.   Correct.
17        Q.   So at the beginning of the Notice
18  of Claim I noticed it says that the Mount
19  Vernon City School District acted in a
20  retaliatory fashion. Can you tell me what the
21  basis of that allegation is; essentially
22  retaliation for what?
23        MR. GLASS:  Didn't he just do
24  that?  Do you want a summary?
25        Q.   I'm asking, are there -- Let me

Page 100

- Ray Santana -

1
2  ask this.
3        What you just referred to
4  concerning the Workers' Compensation claim, is
5  that the basis for your claim that the District
6  acted in a retaliatory fashion?
7        A.   The question previous to which at
8  length I gave you examples was dealing with a
9  dangerous environment.
10        Q.   That's right.
11        A.   The retaliatory would be the
12  following:  Because of my age, as I described,
13  the assignment to Room 325 by the Principal not
14  only just --
15        MR. GLASS:  You mean 225?
16        THE WITNESS:  225.
17        A.   -- it was fairly obvious that was
18  a retaliatory room; it was being used for
19  purposes of retaliation. Because subsequently
20  the room was reassigned to someone who was even
21  more senior than myself.
22        MR. GLASS:  Note my objection.
23        I'm not sure my client fully
24  understands what "retaliation" means in this
25  context. I think he did give you one form of

Page 101

- Ray Santana -

1
2  retaliation. I don't think -- The legal term I
3  don't know if he fully understands what that
4  means in this context.
5        You can ask if he had any age
6  based complaint prior to that; you can ask
7  that. Right now it's a legal term and I don't
8  think he understands what "retaliation" means
9  in this context.
10        Q.   Who assigned you to Room 225?
11        A.   That was the room I was assigned
12  at the beginning of the year; that's where I
13  would be teaching my course of studies.
14        Q.   Right.
15        A.   I spoke with Superintendent
16  Kenneth Hamilton who spoke with the Principal
17  apparently over the phone. This person told me
18  that I was in the wrong place even though I was
19  able to give him the necessary paperwork to
20  indicate that I was to be there each day. I've
21  got paperwork of not only the roster but where
22  I was supposed to be kept, indicating what was
23  supposed to be a classroom.
24        When I did change to Room 236
25  that's when the Principal reissued the

Page 102

- Ray Santana -

1
2 classroom to another teacher in the same
3 condition, in the same manner. So it became
4 pretty blatant in and of itself.
5     Q.   Had this particular Principal made
6 any age related comments to you?
7     A.   No.
8     Q.   Do you believe that anyone from
9 the District has ever retaliated against you
10 for something you've said or done during your
11 employment with the District?
12        MR. GLASS:  I'm going to object.
13     A.   Yes.
14        MR. GOLDSTEIN:  It's not a legal
15 term; it's common vernacular, the term
16 "retaliate."
17        MR. GLASS:  It's a legal term.
18 It's irrelevant in the sense that you heard
19 about Workers' Comp and the claim he filed and
20 how he suffered because of it. It's not fair
21 to him to ask him in this context.
22 "Discriminate" and "retaliate" are legal terms
23 as well as having a meaning in a general sense.
24 I think those questions can be misleading.
25        MR. GOLDSTEIN:  That's fine.

Page 103

- Ray Santana -

1
2        Let me look over my notes.
3     Q.   I believe you testified a little
4 while ago that you were discriminated against
5 based on national origin. What's the basis for
6 your allegation that you've been discriminated
7 against on the basis of national origin?
8     A.   For the past two years a
9 non-tenured retired teacher of European
10 background has been assigned as a Substitute
11 Librarian. This is a teacher who worked
12 intimately with the Principal in the office and
13 ran some sort of programs and everything. She
14 decided to retire, and she's been in this
15 position -- State mandated position that
16 requires based upon the school population two
17 certified Librarians. That's my basis for that
18 occurring.
19     Q.   What is this person's name?
20     A.   Ms. Nancy D'Amico.
21     Q.   She's a substitute teacher?
22     A.   She's a substitute teacher,
23 retired, and worked with the Principal.
24     Q.   Has any District Administrator
25 made any race or national origin based comments

Page 104

- Ray Santana -

1
2 to you?
3     A.   Not that I can recall.
4     Q.   Has any District employee ever
5 made any race or national origin based comments
6 to you?
7     A.   Not that I can recall.
8        THE WITNESS:  May I have a break,
9 please?
10        MR. GOLDSTEIN:  Yes.
11        THE WITNESS:  Also, may I confer
12 with Counsel?
13        MR. GOLDSTEIN:  Absolutely.
14        (Whereupon a break was taken from
15 12:45 a.m. to 12:55 p.m.)
16     Q.   I want to just ask you something
17 briefly; I realized I forgot to ask you this
18 before.
19        If you would, look at Exhibit C,
20 which is the copy of the transcript if I'm not
21 mistaken.
22     A.   (Witness examines document.)
23        Yes; yes.
24     Q.   I want to ask you something I
25 forgot to ask you before.

Page 105

- Ray Santana -

1
2        Did you discuss what should be in
3 the transcript with anyone before composing
4 this transcript?
5     A.   I don't understand the question;
6 I'm sorry.
7     Q.   Before creating this transcript
8 did you have any conversation with anyone about
9 what should be in the transcript?
10     A.   I only provided what I was told as
11 best as I could hear it.
12     Q.   Was any part of the conversation
13 that you had with Matt F omitted from this
14 transcript?
15     A.   To the best of my knowledge, no.
16 If so I tried to indicate as such by writing
17 "unintelligible."
18     Q.   Did you share this transcript with
19 anyone?
20     A.   Yes.
21     Q.   Who did you provide a copy of this
22 transcript to.
23     A.   The New York State Human Rights
24 Division.
25     Q.   Is there anyone else?

Page 106

- Ray Santana -

1
2    A.   My attorney just now.
3    Q.   Are you claiming emotional
4  damages; are you planning on claiming emotional
5  damages?
6         THE WITNESS:  May I speak with my
7  attorney just a moment?
8         MR. GOLDSTEIN:  Sure.
9         (Whereupon an off-the-record
10 discussion was held between the Witness and his
11 attorney.)
12        (The question referred to was read
13 back by the Court Reporter.)
14   A.   Yes, sir.
15   Q.   What is the basis for the
16 emotional damages?
17   A.   I'm currently seeing a Veterans
18 Administration counselor on a weekly basis.
19   Q.   Do you pay for that counselor
20 out-of-pocket?
21   A.   It's the Veterans Administration.
22 How it's being paid for I haven't the faintest
23 idea.
24   Q.   Is that insurance covered under
25 the Veterans Administration?

Page 107

- Ray Santana -

1
2    A.   I don't understand the question.
3    Q.   Do you receive healthcare benefits
4  from the District?
5    A.   Yes, I do.
6    Q.   Do you receive healthcare benefits
7  from the Veterans Administration?
8    A.   Yes, I do.
9    Q.   Are there any expenses that you've
10 incurred as a result of seeing a counselor at
11 the VA?
12   A.   Not that I can think of.
13   Q.   Besides seeing a counselor at the
14 VA is there any other basis for you claiming
15 emotional damages?
16   A.   I'm not at liberty to discuss that
17 right now.  That would have to be something
18 that would have to be discussed my eye
19 counselor and I'm not quite sure how the HIPAA
20 Law would work with that, so I have to decline
21 comment.
22   Q.   All right.
23        Besides the recorded conversation
24 with the NYSED official have you recorded any
25 conversation with any District personnel?

Page 108

- Ray Santana -

1
2    A.   No, sir.
3    Q.   Do you keep a diary or journal?
4    A.   No, sir.
5    Q.   Do you have any social media
6  accounts?
7    A.   No, sir.
8    Q.   Besides emotional damages are you
9  seeking to claim any other form of damages?
10   A.   I would have to leave that up to
11 the discretion of my Counsel.
12   Q.   In the twelfth paragraph of your
13 Notice of Claim you refer to "the claim
14 involves a continuing wrong."
15   A.   Hold on.
16   Q.   The Notice of Claim is
17 Respondent's A; if you go to the third page.
18        (Witness examines document.)
19   A.   Thank you.
20   Q.   Where it says, quote, since the
21 claim involves a continuing wrong, what do you
22 allege is the "continuing wrong"?
23   A.   I'd have to refer to my Counsel
24 for that.
25   Q.   What do you believe; do you

Page 109

- Ray Santana -

1
2  believe any action of discrimination against
3  you has all occurred in the past or do you
4  believe you're presently being discriminated
5  against?
6    A.   It's the basis of what we
7  discussed; there's probably some other things.
8    Q.   Like what?
9    A.   I'm not able to articulate that at
10 this very moment.
11        MR. GOLDSTEIN:  Okay, I'm done.
12
13
14
15
16
17
18
19
20
21
22
23
24
25 (Continued on next page.)

## Page 110

1        - Ray Santana -
2              (Whereupon the matter was
3   concluded.)
4                    (Time noted:  1:04 p.m.)
5
6
7
                            Ray Santana
8
9
10
11
12
13
14
15              *          *          *
16  Subscribed and sworn to
17  before me this       day
18  of              , 2019.
19                       .
20
21
22
23
24
25

## Page 111

1
2   STATE OF NEW YORK
3   COUNTY OF ROCKLAND
4
5        I, John M. Boland, a Shorthand
6   Reporter and Notary Public within and for the
7   State of New York, do hereby certify:
8        That RAY SANTANA, Witness, whose
9   examination is hereinbefore set forth, was duly
10  sworn/affirmed by me, and that the transcript
11  of said examination is a true record of the
12  testimony given by the Witness.
13       I further certify that I am not
14  related to any of the parties to this action by
15  blood or marriage and that I am in no way
16  interested in the outcome of this matter.
17       IN WITNESS WHEREOF, I have hereunto
18  set my hand this 12th day of July, 2019.
19
20              John M. Boland
21
22              John M. Boland
23
24
25

## Page 112

1                    I N D E X
2
3
    RESPONDENT'S EXHIBITS
4   Ltr.    Page    Description
    Ex A    19      Written Verified Notice of
5                   Claim
6   Ex B    60      Notice of Uncompleted
                    Requirements for Certification
7                   dated 8/21/2017
8   Ex C    67      Transcript of Telephone
                    Conversation Held on 3/14/19
9
10
11
12
    EXAMINATION BY
13  Mr. Goldstein          4 - 109
14
15
16
17
18
19
20
21
22
23
24
25

## Page 113

1   Errata Sheet
2
3   NAME OF CASE: RAY SANTANA - against - MOUNT VERNON CITY SCHOOL DISTRICT
4   DATE OF DEPOSITION: 06/19/2019
5   NAME OF WITNESS: RAY ANTHONY SANTANA
6   Reason Codes:
7        1. To clarify the record.
8        2. To conform to the facts.
9        3. To correct transcription errors.
10  Page ____ Line ____ Reason ____
11  From _____ to _____
12  Page ____ Line ____ Reason ____
13  From _____ to _____
14  Page ____ Line ____ Reason ____
15  From _____ to _____
16  Page ____ Line ____ Reason ____
17  From _____ to _____
18  Page ____ Line ____ Reason ____
19  From _____ to _____
20  Page ____ Line ____ Reason ____
21  From _____ to _____
22  Page ____ Line ____ Reason ____
23  From _____ to _____
24
25              _____

**Exhibits**

**Ex A** 19:21
20:14 112:4

**Ex B** 60:9,11,20
112:6

**Ex C** 67:3,6,15
104:19 112:8

---

**0**

**04** 74:24

**06811** 4:13 7:6

---

**1**

**1** 12:18 30:21
91:6

**11:20** 58:3

**11:33** 58:3

**12** 61:25 89:22

**12-1-1** 89:21

**12:45** 104:15

**12:55** 104:15

**14** 67:25 77:17

**15** 77:21

**15th** 77:6

**17** 85:17

**18** 79:4 90:5

**19** 26:3

**1974** 9:12

**1990s** 25:10

**1998** 10:19 11:3

**1st** 70:9

---

**2**

**2** 4:12 7:5 31:3
32:5

**20** 25:17

**2003** 10:25 11:3

**2004** 12:18
30:21 31:3 32:5

**47:12 56:21**
68:16,23 70:9,
18 71:4 76:16

**2006** 26:3

**2011** 94:18 95:8
96:7 99:15

**2014** 94:8,10

**2015** 94:8,10

**2016** 43:17

**2016-2017**
36:24 37:17

**2017** 35:8 44:17
47:22 48:7,23
51:19 55:11
58:16 61:5,14
62:5 89:13
90:10 94:6
95:15

**2018** 51:22,25
58:14,16 81:25
91:6

**2019** 18:23
64:17 67:25
77:18,21 79:4

**21** 61:4,14 62:5

**225** 85:19 87:15
88:9,15 100:15,
16 101:10

**236** 86:18 88:10
101:24

**25** 25:17

**2nd** 56:21

---

**3**

**3** 20:3

**3/14/19** 67:5

**30** 41:18

**325** 100:13

**36** 96:25

**3rd** 56:21

---

**4**

**40** 41:18

---

**5**

**50-h** 4:18 21:6
22:15

---

**6**

**63-years-old**
7:20 81:13

---

**8**

**8** 94:18

**8/21/2017** 60:7

---

**9**

**9** 64:14

---

**A**

**A-G-O-S-T-O**
88:11

**a.m.** 58:3 104:15

**ability** 24:2 97:9

**able** 15:16 25:12
27:5 49:14
81:16 83:22
91:6 94:23 98:8
101:19

**Absolutely**
47:4 104:13

**abut** 64:13

**academic** 87:24

**Academically**
89:8

**academics**
30:9

**academy** 95:17

**accept** 27:6

**accepted**
39:14,15

**access** 23:15

**accommodatio
ns** 93:8

**according**
40:25 43:23
70:11

**account** 15:20
16:12

**accurate** 8:19
22:7 67:24

**accurately** 6:4
9:7

**achieve** 55:13

**acknowledged**
72:25

**acquiring** 44:7

**across** 23:25
27:2 39:17

**Act** 62:23 63:2

**acted** 79:15
80:19 99:19
100:6

**actions** 85:15

**actual** 27:14
50:4 74:13
78:22 89:18

**actually** 26:4
33:20 43:8 44:6
51:20 61:11
73:9 89:20

**address** 4:11
7:4,8,11

**administration**
40:13 98:19
106:18,21,25

**administrative**
18:14,15

**Administrator**
44:7 84:9
103:24

**Administrators**
17:15 82:20

**adult** 30:3

**adults** 44:21
89:24

**affect** 16:9
97:11

**affirmations**
37:12

**affirmed** 65:2

**after** 11:7 12:15
31:23 32:5,7
43:19 57:2
76:23 96:4,19

**afterwards**
77:14

**again** 8:2 46:5
70:7 75:19
87:16 91:8,23

**against** 20:19
79:12,20 80:22
81:2,11 83:3
93:14 98:23
102:9 103:4,7

**age** 24:2 81:6,12
82:21,24 87:14
100:12 101:5
102:6

**agency** 18:15
19:5

**agitated** 86:12

**ago** 8:13 15:5
22:18 25:5
27:24 71:3
73:20 76:18
83:2 103:4

**Agosto** 87:2
88:10

**agree** 14:24
15:6,13 71:7

**ahead** 38:12
97:24

**aide** 89:23

**alignment**
76:23

**all** 10:23 17:2
20:13 21:13
22:23 23:24
30:13 40:5
49:19 53:18
54:4 57:2,23
62:22 63:2
69:15 71:9,21
72:9 73:16
74:12 76:15,21,
22 77:25 81:7
83:5 89:19,23
91:10,25 93:22,
25 97:18

**allegation**
81:10 99:21
103:6

**allegations**
21:16

**allow** 6:7,8
91:12 92:3

**allowed** 44:20
74:24

**almost** 41:19

**already** 24:7,19,
22,25 25:3
35:18 53:15
56:17 83:10
84:6 86:25

**also** 5:13,25
11:5 21:17,24
22:22 23:15,19
25:25 26:12
27:5 28:10 30:2,
7,11 38:4,10,15,
18,22 39:13
40:14,21,23
46:2 50:12 51:8
57:9 66:5 87:9,
22 89:16 92:17
97:4 98:2 99:2
104:11

**alternative**
35:18 36:16,19
37:10,14 83:24

**always** 15:22
25:19 31:25
32:6 70:2,3
74:10 93:25
94:4

**Am** 15:6

**ambulatory**
95:6 96:4

**amount** 42:6

**an** 4:21 5:23
9:15 15:24
18:13,14 28:3
35:11 36:15
37:10,13 39:7
41:13 46:9
49:24 50:4 52:8
54:2,3 56:20
63:12 65:10
67:20 72:3
73:17,25 74:12
78:15 87:22

94:25 95:8,11
97:21 106:9

**analogous** 57:5

**and/or** 16:8

**Angela** 87:2
88:4,10

**angry** 86:12

**animation** 30:7

**Annual** 14:17
15:3

**another** 11:7
17:24 54:6
56:16 83:8
86:25 92:12
95:4 102:2

**answer** 5:23
6:8,9,11 9:6
29:21 52:6,9
53:18 54:2,4
56:20 60:16
79:2 90:21

**answering** 6:17
73:11

**answers** 5:15,
18

**Anthony** 7:3

**anticipate** 5:21

**any** 7:15 8:17,22
9:2,5 10:3 11:24
12:24 17:5,14
18:6 19:5,14
21:7,10 24:4,9
32:19 34:14
41:3 42:4 44:6
48:18 50:9,21
54:18 55:6
58:15,18,19
62:5 66:20
82:21,24 84:8,9,
12 85:12 88:20
91:3 96:14,25
97:16 101:5
102:6 103:24,25
104:4,5 105:8,
12

**anyone** 7:10
16:16,22 17:13
21:4 22:3,14
33:23 44:2
64:16 66:11
84:8 102:8

105:3,8,19,25

**anything** 22:11
34:9 57:21
69:22 70:2

**apologize** 88:7

**apologized**
92:13

**apparent** 49:2
97:13,25

**apparently**
37:11 101:17

**appeal** 18:14
98:15

**appears** 73:24

**apply** 33:23
44:23

**appointed**
42:19 43:19

**appointment**
35:11

**APPR** 14:17,18,
21 15:2,22

**appreciated**
5:19 6:18

**apprised** 87:5

**approve** 98:14

**Approximately**
8:12

**APPRS** 17:2

**April** 77:5,21
79:4

**area** 15:17 16:8
26:6 62:14
93:24

**areas** 38:17
57:8 61:18

**argument** 97:15

**around** 12:12
40:24 43:17
47:22 72:24

**arrived** 93:2

**Arts** 41:10

**ascribed** 34:8

**ask** 5:2,9 7:25
11:23 17:11

19:11 36:12
37:25 40:6 41:5
42:16 50:22
60:13 63:19
67:10 68:3
71:15 90:13
97:22 100:2
101:5,6 102:21
104:16,17,24,25

**asked** 5:8,11
6:16 30:16 36:7
41:8,11,22
42:11 54:11
92:2

**asking** 5:20,22
17:12 21:8
27:25 71:6
75:10 78:10,12
80:21 94:3
99:25

**assess** 52:3

**assessing**
14:23

**assessment**
71:8

**assigned** 39:21
41:6 85:18
87:13 88:2 89:4
90:15 91:3
94:13 95:9,24
99:12 101:10,11
103:10

**assignment**
42:23 87:23
90:18,19 100:13

**assignments**
81:14 86:16
87:21 89:3
93:17 95:3
99:10

**assistant** 90:4

**assistants** 90:2
91:4 93:25

**assisted** 40:21

**Associates**
4:21

**assume** 5:10
20:3 78:4,9

**at** 6:3,6 7:7,10
13:14,18,20,22
16:22 22:15

24:13,24 25:4
26:4 29:14,15
31:11,12 32:20
33:3 35:18,24
36:8,15,22 37:2,
4,15 38:18,20
39:21,25 40:11,
12 41:17 42:18,
23 43:20 44:3,
19 45:14 49:16
50:2,8 51:3,6,10
52:5 56:7 57:11
58:11,13 63:15,
18,22 65:15
66:7 70:10
74:19 75:13
76:10 77:3
78:20 80:8
81:21 83:23
84:15 85:7,8,13,
18,19 86:3
89:23 90:5,25
91:10,15,24
92:24 93:20,24
95:2,5,14 97:6,
12 98:9,14
99:17 100:7
101:12 104:19

**attack** 92:9

**attacking** 92:9

**attain** 12:11
23:9 24:11 25:6
47:25 61:8
68:19

**attained** 11:2,5
12:10,12 30:17
46:13 63:9
68:16,23 71:3

**attaining** 24:5
26:21 28:13

**attended** 23:5

**attorney** 4:21
21:3 22:3 66:14
98:15 106:2,7,
11

**August** 44:17
48:7 61:4,14
62:4

**Augusto** 88:4

**authentic** 26:16

**Ava** 7:14

**availability**
25:20

**available** 25:16
43:12

**avoid** 92:15
93:3

**aware** 8:22 17:8
31:7,8 58:23
59:4 66:23
76:17 97:3

—————————

**B**

**back** 16:18
26:18 43:4
46:10 47:12
52:21 63:20
70:6,7 79:6,7
80:15 86:10
106:13

**background**
103:10

**backwards**
36:12

**barely** 96:4
98:18

**base** 88:23

**based** 49:2
78:16 83:3
101:6 103:5,16,
25 104:5

**basic** 23:23

**basically** 33:3
52:7 73:16,24
83:9 94:5

**basis** 31:20,22
42:20 79:14
80:25 81:4,9,11
83:4 93:19
99:21 100:5
103:5,7,17
106:15,18

**became** 38:20
40:17 43:12
49:2 96:20
97:13,25 102:3

**because** 11:17
14:22 16:6 24:7,
19 27:4,7,11
28:22 29:21

33:18 39:17
43:23 44:20
45:14 49:7
51:20 52:9
53:15 55:18
56:6 63:20 70:6
72:24 73:4 74:6
76:22 78:5 82:4
83:22 84:18
89:25 90:2,24
93:18,22 94:22
95:21,25 96:2
97:10 98:24
99:2 100:12,19
102:20

**become** 15:16
43:14 52:16,17
53:11 55:3,21
56:9 58:20,25
59:6,10,14
61:13,18 64:5,
11,18 72:15
76:9,17 87:18
93:17

**becoming** 43:6
68:24 69:7
70:20 71:5

**been** 4:3 13:8,
20,22,24 14:4,6,
19 18:22 24:19
25:11,17,18,19
28:21 29:5
37:13,23 43:11,
17,19 44:17
48:22 51:16
52:18 60:11,20
67:7 73:5 74:14
75:2 79:19,25
80:22 81:2 84:5
85:6 86:14 89:4,
10,15 90:11,12
91:2,3 92:24
94:23 95:9
96:25 97:19
98:21,22 99:11
103:6,10,14

**before** 5:5 6:17
10:25 14:2,10
18:14,15,18
19:4,14 21:6,9,
10 24:5 28:21
30:16 58:9
70:10,15 74:6
89:15 91:7
95:14 104:18,25
105:3,7

**began** 48:10

**begin** 44:25
47:24 48:20

**beginning**
85:18 99:17
101:12

**behavior** 89:19
90:2

**Behavioral**
10:2

**being** 17:24
23:19 25:12,24
35:17,19 38:5
59:25 60:2 61:7,
11 73:22 78:3
84:15,20,21
86:16,25 87:20
100:18 106:22

**belief** 74:13
81:22

**believe** 16:11
18:23 45:14
71:24 73:15,23
74:16 79:19
80:21 83:15,25
85:17 88:10
90:19 93:16
94:12 95:23,25
99:9 102:8
103:3

**benefits** 96:14

**besides** 12:23
18:5 19:12 22:3,
9 41:25 85:11

**best** 5:9,16 6:8
34:11 49:17
52:22 54:14
66:13,25 68:2
73:13 83:12
85:22 88:16
105:11,15

**between** 11:3
51:18 58:16
73:8,12 76:2
93:11 106:10

**beyond** 34:4
51:20 54:11
81:16

**birth** 7:17,22

**bit** 26:19 33:5
43:4 80:6 96:18

**began** 48:10

**blatant** 102:4

**blocked** 57:8

**BMI** 98:6

**board** 23:25
27:3 39:18 96:8,
16

**Body** 98:6

**Boland** 4:4

**book** 46:7

**books** 27:15
38:9,10,19
39:13

**bottom** 31:12,
13 77:4

**branch** 57:16

**branches** 20:4

**break** 6:13,14,
17 57:24 58:2,9
80:7,10,14
91:18 104:8,14

**breaking** 94:19

**Bridgeport**
10:9

**brief** 27:22

**briefly** 17:19
33:6 104:17

**bring** 96:7 98:7

**Bronx** 9:14

**brought** 42:15
79:24 89:14
99:14

**Bryan** 8:10

**Buffalo** 48:5,11,
18,21 49:5,20
51:24 53:7 54:8
55:11,17 56:5,8
58:11,13

**building** 87:10
88:21

**bullet** 61:20,23
62:10,21 63:7

**bureau** 47:16

**but** 5:4,17,23
6:25 8:2 11:19
17:11 22:18

27:6,9 29:25
33:6 34:2,20
36:11 37:23
39:13 40:5
41:25 46:9 49:6
53:20 54:5,21
57:3,20 58:23
61:15 64:20
75:4 76:21
83:21 85:14
87:9 91:2,13,15
92:10,22 95:6
98:2 99:5
101:21

—————————

**C**

**calendar** 35:14

**call** 15:23 88:17

**called** 16:25
36:2 40:2 41:13
42:6 86:5 92:25

**came** 47:10
91:17 92:13

**can** 5:13,17 6:2,
13 18:8 21:25
23:25 26:4
32:11 33:5,6,11
34:11 40:5 45:5
47:2 50:17
57:10,18 59:3
61:17 62:20
70:2,3 73:13
74:23 75:22
77:25 79:2 81:7
82:25 84:11
99:20 101:5,6
102:24 104:3,7

**can't** 10:22
43:16

**cane** 86:22

**capacity** 37:15

**career** 13:25
30:3

**careful** 92:18

**case** 24:19
52:20 57:19

**causal** 96:24

**celebrations**
40:15,19

**certain** 26:15 27:7

**certificate** 47:6, 7 52:19,24 53:5 54:5 56:12 57:22

**certification** 12:20 20:4 23:3 24:6,11,16 25:7 26:22 28:5,14, 22 30:18,20,24 31:5,17,25 33:9 34:15,16 43:24 44:8,23,24 46:13,22 47:8,9, 16 48:2 49:6,8, 12 50:5,7 52:15 53:4,11,20,21 54:19,25 55:12, 14 56:25 57:15 59:10,15 60:7 61:2,8,12 65:18 68:6,7,16,19,23 69:6,12,18 70:4, 8,12,18 71:3 72:3,12,17 73:2, 6 74:3,8,21,23 75:2,14,16 76:8 82:17

**certification...it** 69:15

**certifications** 11:25 12:3,11, 12,23,24 21:17 22:19,20 32:4 33:15,17,22 34:3 37:13 47:11 57:3 69:8 74:18 76:22 82:10,13

**certified** 24:8 29:6,19,20 34:2 55:3,21 58:20, 25 59:6 61:19 64:18 68:25 70:20 71:5 76:25 103:17

**chairs** 36:10 85:20 86:4 91:17

**change** 25:11 57:3,7 101:24

**changed** 57:3, 4,7 76:24

**changing** 29:22

**characterizing** 89:3

**charge** 95:16

**check** 70:2

**child** 89:13

**children** 7:15 15:21 87:24 88:18 89:17 99:5

**choice** 72:18 74:17

**chosen** 79:18

**Christophe** 78:6,11

**circle** 26:18 43:4 46:10

**circumstances** 16:12

**City** 4:23 6:22 13:6,9,14 29:10, 16 72:4,14,18 74:20 76:10 79:20 80:23 81:3,10 84:7 99:19

**claim** 4:24 5:3,4 14:10 19:20 20:19 21:4 22:4, 7 31:11 63:15, 20,23 64:14 77:3,16 78:17 79:7,15,24 80:16,19,25 81:19 88:25 90:14 96:7,16 99:18 100:4,5 102:19

**Claimant** 4:3

**claiming** 80:17 106:3,4

**claims** 79:11

**clarification** 5:10 47:3

**class** 39:4 41:12,18,23,25 42:9 89:12,20, 21 91:25

**classes** 41:6,7 58:12

**classified** 89:20

**classroom** 16:10 23:14 24:20,24 36:10 87:4,9,11 89:11, 18 91:3,9,11,13, 14,20 92:5,6,12, 16 93:6,21,22 101:23 102:2

**classrooms** 93:12

**clearly** 87:2

**client** 100:23

**co-teacher** 90:22

**coding** 23:23

**collecting** 40:23

**collection** 38:3, 4,7,8

**College** 9:19 10:11,14 23:6 49:24 50:3,8,16 51:3,15

**Columbus** 9:12

**come** 5:22 16:18 36:6

**coming** 23:19 24:15 92:23 95:22

**comma** 13:16

**commented** 90:7

**comments** 82:21,22,24 84:10,13 85:12 102:6 103:25 104:5

**Commission** 19:2,15

**common** 57:15 96:2 102:15

**Communicatio n** 29:2

**communicatio ns** 21:22 31:6

**community** 87:20

**Comp** 102:19

**Compensation** 96:8,16 97:13 98:5 99:13 100:4

**complaint** 18:17,21,24 19:4,8,12 101:6

**complaints** 19:14

**complete** 45:11,17 48:17 55:19,20 58:15, 19,24 59:5 67:23

**completed** 46:12,21 52:14 53:2 56:7 62:5

**completely** 86:24

**complies** 20:23 31:14 63:25 68:14 79:9 81:20

**composed** 66:15,17

**composing** 105:3

**comprehensive** 23:21

**computer** 87:16

**computers** 38:16

**concerning** 60:25 61:23 100:4

**condensing** 39:16

**condition** 102:3

**conditions** 8:17

**conducted** 40:16

**confer** 104:11

**conferred** 11:20 12:17 30:21

**confirm** 18:9

**confirmed** 78:2

**confused** 41:21 49:18 52:11

**Connecticut** 4:13 7:6 10:9 54:12

**connection** 15:19

**considered** 25:25 46:15 56:21 65:3 95:16

**consistent** 74:15 75:3,12 90:12

**contact** 59:19

**contacted** 51:10 59:22

**contend** 68:15, 22

**Content** 28:12, 16,20,24 61:24 62:6,9,13,18

**contention** 71:2

**context** 29:9 79:23 100:25 101:4,9 102:21

**continue** 6:9

**conversation** 17:5 35:10 44:15 45:6,8 47:21 49:20 64:16 65:5,7 66:6,12,16,20 67:5,20,24 73:22 74:13 77:6,9,10,13,17, 20 78:19 87:5 105:8,12

**conversations** 32:16 50:22 51:14 76:12

**convicted** 14:6

copies 65:11

copy 59:12
63:19,21 78:10
104:20 105:21

Core 61:24 62:6

correct 11:4,22
16:4 18:12 29:2
37:6 41:23,24
42:21 45:3
46:25 47:20
48:9,12 53:13
55:5,22 59:2,18
61:6 64:7 75:17
77:18 85:3 89:2
91:21 94:25
99:15,16

correctly 15:7
17:22 30:22
44:16 46:11

correlation
94:17

correspondenc
e 21:11 22:10
32:20,25 77:22
78:14 79:3

could 6:16 7:2
31:10 33:14,15
44:22 52:6
54:18 56:15
57:22 66:25
68:8 70:10
72:24,25 76:23
81:18 85:22
89:21 95:21
97:18 98:18
105:11

couldn't 14:23
15:6,13 50:9
53:17 82:7,8

council 16:25

Counsel 8:7,9
22:14 64:2 77:5,
7 78:18,19 79:4,
18 104:12

counselor
106:18,19

counter 25:21

country 99:2

couple 43:11
60:14

course 23:11
25:6,19 26:21
27:10,20,23
28:3,4 34:4
38:25 46:13,21
48:14 52:2,15
53:3 55:13,20
56:8,11 58:24
59:5 62:2 87:6
101:13

courses 28:7
45:11,17,19
46:3 48:10,18,
21,25 54:22
58:15,20 62:5
90:24

Court 5:14,25
106:13

covered 106:24

covering 57:12

creating 105:7

credentials
33:23

credits 61:25

crime 14:7

cross-filed
19:9,13

crosstalk 6:2,5

crutches 95:6

crux 56:19

cull 38:3,6

current 13:13,
15 14:10 28:5
90:18,19 99:10

currently 13:2,3
22:19 83:5
106:17

— — —

D

D'AMICO
103:20

damage 95:2

damages
106:4,5,16

Danbury 4:13
7:6

dancing 72:24

danger 90:3

dangerous
89:5,9 90:16,20
91:21 93:10,17
100:9

date 7:17,23
25:13 35:6
43:16 64:19
66:9 84:14

dated 60:7 61:4
70:9

dates 50:17

Davis 95:22

day 41:20 86:15
92:10 93:22
96:22 101:20

days 91:7,23

deal 15:21 16:7
81:15

dealing 23:12
45:21 100:8

December
10:18 51:19
94:18

decided 52:5
54:13 56:14
103:14

Decimal 27:14

defense 97:18

definite 53:17

definitely 57:19

degree 9:16
10:7,10,13 11:6,
8,9,13,14,19
23:5,7,10 24:5,
25 25:7 26:22
49:10 55:20
56:16

degrees 10:4,5
11:3,7 12:13
34:3 50:11
53:15

demo 41:22,25

Denise 34:20
36:2 44:12 45:8
47:22 54:17

department
21:23 22:25
31:24 32:21
34:24 47:16
50:2,13,14,15
51:2,9,12 54:21
56:24

depending
41:17

depends 69:15
71:21 72:10
73:16

describe 27:9

described
47:25 73:7
100:12

describing
27:23

description
39:20 40:8

desk 86:4 87:17

desks 36:10
85:20 91:16

desperate
46:19

detailed 32:11

determined
97:19

develop 30:9

developed
67:19

development
84:17 85:7

devices 65:9

Dewey 27:14

didn't 24:15
31:3 38:11 55:6
71:14 76:16
80:17 84:2 94:4
99:23

difference 73:8
76:2

different 37:2
76:11 84:18,24

difficult 6:4
29:21 93:23
95:20,24

difficulty 56:19

digital 28:9
59:12

digits 8:3

Dignity 62:22
63:2

diploma 9:9

dire 45:10

direct 94:16

directed 86:24

directly 94:20

disability 81:7

disabled 96:22,
25 97:3,14

disbursement
40:22

discernibility
25:22

discernment
39:15

disciplinary
95:10 99:12

discretion 72:2,
17 73:25 75:5
76:8

Discriminate
102:22

discriminated
79:20 80:22
81:2,11 83:3
98:22 103:4,6

discriminatoril
y 79:16

discriminatory
79:14 80:20

discuss 23:20
26:5 31:10
35:12,23 105:2

discussed 17:7
41:4 64:20 68:4
97:10

discussing
30:13 58:9

discussion
16:15 34:10,13
43:5 44:5,11

106:10

**discussions**
17:9 31:23 32:8,
9,13,15,22 33:7
34:13 49:3,12
51:17 73:9 74:7
75:6,7,13

**disheveled**
85:21

**dispute** 17:3

**disrespectful**
34:22

**District** 4:23
6:21,23 13:7,9,
14,25 16:23
17:14 29:11,16,
24 30:14 34:14
37:3 39:25
41:11 42:5 43:2,
9,14 44:3,7
45:16 46:16
47:19 63:8,10,
12 64:6 72:4,14,
19 73:25 74:17,
20,22 75:6
76:11 78:18
79:4,21 80:17,
19,23 81:3,11,
22 82:4,20,23
83:6,14,21,25
84:5,8,12 85:13
97:7,14 98:3,4
99:19 100:5
102:9,11 103:24
104:4

**District's** 64:2
72:2 77:5

**Division** 18:18
19:9 31:25 50:5
66:4 105:24

**Dobbs** 9:19
10:11

**document**
19:18,19,22
20:2,7,8,11,16,
18,22,25 60:6,
15,17,19,22
61:16 67:4,12,
14,17 68:11
104:22

**documentation**
33:16 51:5

**documents**
21:7,10,12,14,
15 22:10 50:21,
23 71:11

**does** 15:18
29:4,11 69:4
70:19 84:21

**doesn't** 74:17

**doing** 24:13,20,
22 27:12 36:6,8
52:7 56:17 86:2

**don't** 5:7 9:22
28:18 29:3,24
32:10 34:22
35:6 40:4 57:19
61:15 64:24
69:25 70:24
71:14,20 75:9,
11 76:4,20
78:23 79:5 82:5
101:2,3,7 105:5

**done** 10:23 20:7
29:23 30:13
35:18 77:14
102:10

**door** 91:11,24
92:11

**down** 25:13
69:10 79:13
98:7

**downgraded**
35:19

**Dr** 4:23 34:24
35:15 43:5 44:6

**draft** 22:4

**dramatically**
26:14

**due** 91:7 93:7
95:7 99:14

**Duffy** 90:23

**duly** 4:3

**dumbfounded**
52:10

**during** 37:16
81:24 83:23
85:13 102:10

**duties** 38:2 97:9
99:3

**duty** 28:9

---

E

---

**E-MAIL** 78:5,11,
15 86:21

**each** 11:9 14:16
53:16 93:24
101:20

**earlier** 36:25

**easier** 54:15

**easy** 15:22
41:20

**Ed** 57:11

**educate** 99:4

**education** 10:8,
11,17,21 12:7,8,
24 13:16 15:24
22:22,24 28:25
30:3 31:24
32:21 49:7,21
54:21 56:24

**education-wise**
24:2

**educational**
11:24 23:12

**EEOC** 19:10,13

**effect** 85:15
86:15

**effectively**
88:12

**eighth** 57:13
63:23

**either** 44:6
53:18 62:14

**ejected** 88:13

**ELA** 41:10

**electronic**
23:18 27:18
39:14 45:25
46:9 63:12 65:8,
10 66:6

**Elementary**
10:8,17 12:7
20:5 22:21
57:16 85:7

**eleventh** 78:16

**eligible** 64:17,
21

**else** 22:11
105:25

**emotional**
87:24 106:3,4,
16

**emphasis**
27:17 28:8

**employed** 13:3,
5,8 74:19 83:14

**employee**
67:21 72:3
83:20 84:12
104:4

**employees**
72:15,20 82:23

**employer** 69:16
71:22 72:10
73:17

**employers** 76:7

**employment**
18:25 19:15
83:15 97:2
102:11

**encourage**
44:25

**encouraged**
39:12

**encyclopedia**
39:7

**encyclopedias**
25:15 27:15
38:10

**end** 49:16 63:19
66:7 83:9 91:25
95:3

**engaged** 25:2

**engaging** 55:12

**English** 41:10

**enough** 25:14
35:13

**enroll** 58:18

**enrolled** 53:10
54:8 58:10

**enrollment**
58:10

**entire** 13:25
91:14

**environment**
89:5,9,10 90:16
93:11,23 99:6
100:9

**Equal** 18:25
19:15

**equipped** 87:11

**equivalent**
31:19 34:17
69:9 75:15,20,
22 76:5

**era** 96:22 97:14

**escapes** 95:13

**espouse** 26:15

**Esquire** 8:10

**essentially**
16:2 55:19 56:8,
15 68:18 69:8
71:25 76:7 99:9,
21

**ethical** 23:20

**Ethics** 25:23

**European**
103:9

**evaluate** 30:11

**evaluated**
16:20

**evaluation**
14:22 15:19
16:13 41:12

**evasive** 73:11,
22

**even** 16:19
29:22 42:12
45:13 46:18
47:25 73:10
76:17 87:14
91:9 93:11
94:24 95:5,14
96:24 97:2
100:20 101:18

**ever** 14:2,4,6,9,
12 18:13,17
29:15 31:4
39:19 40:6 44:2,
5 59:9,19 64:9

76:4 82:23 84:9
90:8 98:21
102:9 104:4

**every** 86:15

**everybody**
52:10

**everything** 22:6
37:24 39:17
54:14 57:7
103:13

**evidence** 78:22
98:11

**exact** 35:6 44:21
46:17 50:10
66:5 84:14
97:20

**exactly** 34:8

**examination**
4:15,18 21:6,9
22:15

**examined** 4:5

**examines** 20:2,
8 60:15 67:12
68:11 104:22

**example** 85:11
91:5

**examples** 100:8

**exceedingly**
95:20,24

**Excel** 30:10

**excellent** 49:25

**Except** 13:24

**exception** 6:14

**excuse** 34:19

**Exhibit** 19:21
20:14 60:9,11,
20 67:3,6,15
104:19

**exist** 31:3 71:14
76:16

**existed** 76:17

**exit** 91:12

**expect** 34:5

**expectations**
93:9

**experience**
84:6

**explained**
35:16 97:17

**exposed** 90:6

**expound** 33:7

**expounding**
47:6

**express** 43:8,18

**extent** 26:20
78:25

——————

**F**

——————

**F-E-R-R-E-L-L**
88:6

**fact** 31:8 33:13
94:17 99:11

**factors** 16:9

**facts** 5:3 8:19

**faintest** 106:22

**fair** 11:12 71:14
102:20

**fairly** 100:17

**falls** 53:22

**familiar** 91:16

**far** 21:15 24:2
25:11 29:23
30:7 38:23 40:4
76:19 81:15

**fashion** 99:20
100:6

**favor** 17:23 18:3

**February** 12:17
30:21 31:3 32:5
47:12 56:20
70:9

**feel** 15:25

**fell** 40:7

**felt** 21:18

**females** 81:23
82:2,6,11,12,17
83:6

**Ferrell** 87:14
88:5,15

**Ferry** 9:19 10:12

**few** 86:7

**fight** 91:8,12,19
92:7,12,15
93:13 94:19

**fighting** 89:17
92:8 94:4

**fights** 94:14

**figure** 75:25

**file** 14:20 18:21
39:11 91:24

**filed** 4:25 14:9,
12,14,16 16:17
18:7,13,17,24
19:4,8,14 20:19
80:16 102:19

**filing** 92:11

**find** 35:13 50:9
54:7

**fine** 63:21 69:18,
20 72:12 102:25

**finish** 6:7,8,10,
16 15:9 17:19

**finished** 19:25
20:10 60:13
67:9

**first** 4:3 10:7
12:6 31:12,13
43:13 49:19
61:23 76:15
79:7,10 93:7
96:17

**fist-fighting**
89:18

**five** 10:24 18:11
57:23 76:18
89:24

**five-year** 47:7
48:2 52:24

**flip** 63:24 79:6

**floor** 93:6,7

**focus** 30:8

**following** 23:11
69:11 81:4
100:12

**follows** 4:6

**forgive** 30:15

**forgot** 104:17,
25

**forgotten** 57:20

**form** 29:8
100:25

**formal** 24:17
42:6,11

**formats** 23:19

**former** 54:12

**forms** 30:6

**forth** 70:7

**fortunate** 25:14

**found** 33:3
87:16

**four** 8:3 14:19
18:5,10,11
45:11 61:17,20
76:18 81:23
82:2,5,11,12,16

**four-and-a-half**
10:24

**Fourteen-and-
a-half** 7:9

**fourth** 70:21,25
31:11 63:7
79:13

**Frank** 41:9,23
65:19

**frankly** 33:20

**free** 80:10

**from** 8:18 9:11,
18 10:8,11,14
24:15 37:9
49:13 50:25
53:18 54:2
56:17 57:9 58:2
64:3,9,16 66:21
69:5 70:16,17
71:7,20 73:4,6
76:11,12 88:13
90:23 91:19
92:23 95:3,4,18,
22 96:15,20,22
102:8 104:14
105:13

**front** 42:10
63:16 79:8 91:8

92:12

**fulfill** 62:6

**fulfilled** 98:12

**full** 7:2,23 11:7,8
49:9 53:20

**fully** 87:11
100:23 101:3

**fumbling** 86:21

**function** 27:5
98:18

**further** 97:16,23

——————

**G**

——————

**Gagne-
kurpiewski**
34:21 35:5 36:3
44:13 45:9
47:22 54:17

**Galaxy5** 65:9

**Gallo** 41:9,23

**gangs** 92:19

**garbage** 36:11

**gather** 36:5

**gave** 6:25 69:20
78:5 87:7 100:8

**gender** 81:6
83:3 84:9,13
85:12

**general** 102:23

**generally** 8:23
16:7 24:18

**get** 5:5 25:7 28:3
39:11 49:13
53:17 54:2,19
55:7 56:16 70:5
89:22 94:13

**get all** 6:4

**getting** 29:14
56:20 68:25
80:6 94:13
95:19 98:17

**give** 47:2 52:6,8
53:5,20 54:3
57:21 87:10
100:25 101:19

**given** 11:17
32:23 74:21
83:10 87:22
89:13 93:19,20
98:11

**giving** 8:19

**Glass** 8:10 19:7
29:8 48:7 57:24
59:25 70:22
71:10 78:4,9,15,
21 79:17 99:23
100:15,22
102:12,17

**go** 5:5 15:22,23
20:21 24:17
26:4 38:12
44:22 52:21
58:6 70:6,15
71:19 74:23
81:16 86:19
87:8 88:9,24
93:9 94:23
97:23,24 98:3

**going** 5:10 30:7,
8 42:7,8 52:4
56:9 57:21
63:19 70:6,7
71:10 84:23
86:14 92:11
95:3,19 97:23
98:13 102:12

**Goldstein** 4:16,
20 19:17 59:24
60:4 63:18 67:2
70:23 78:8,12
102:14,25
104:10,13 106:8

**gone** 52:14

**Gonzalez** 21:25
86:6,8,11,18
87:6,13

**good** 4:17 70:3
80:8

**googled** 54:11

**googling** 54:11

**got** 40:18 46:22
69:21 73:4 83:9
85:19 86:10
89:2,19 93:14
95:14 101:21

**gotten** 53:10
77:23,24,25

81:14

**gracious** 35:13

**grade** 57:10
95:17

**graduated** 23:7

**grandfather**
70:19

**grandfathered**
71:13

**grandfathering**
76:19

**grandfathers**
68:17,24 69:7
71:4

**greatly** 5:19
6:18

**grievance**
14:12,15 18:7

**grievances**
14:16,20 16:18
17:21 18:5,10

**ground** 5:5

**group** 42:14
45:23

**groups** 24:3
26:5,9 57:10

**guarantee**
57:22

**guess** 75:24
94:3

———

**H**

**hallway** 91:19

**Hamilton** 4:23
34:25 35:16
43:6 44:6
101:16

**hand** 60:10

**handicaps**
88:20

**handing** 67:7

**handled** 40:24

**hands** 53:25
90:25

**happened**
18:10 35:9
42:14 53:23
85:5

**happening**
83:22

**happens** 34:23

**happy** 36:8
84:17 86:2

**has** 25:19 26:13
37:11 63:20
73:25 81:23
84:8,12 102:9
103:10,24 104:4

**haven't** 16:20
79:25 106:22

**having** 4:3 17:4
34:12 64:15
66:15 95:8,10
97:15 102:23

**he** 35:12 36:2,7
41:11 48:7 66:2
71:9,16 72:9,25
73:10,24 85:24
86:5,9,12,13,23
95:21 99:23
100:25 101:3,5,
8 102:19,20

**he's** 72:23

**head** 5:16 32:11
34:23 36:3
44:12 50:12
51:2 92:20

**hear** 105:11

**heard** 76:6
102:18

**Hearing** 97:17

**heavy** 27:17
28:9

**held** 24:20 40:12
67:5 106:10

**help** 22:4 55:7
56:9,11 62:6

**her** 36:5 44:15,
21 45:5 46:17
47:23 50:10
87:2,5,7,8 88:20

**here** 5:14,18
13:13 29:23

73:23 88:23

**herein** 4:3

**hesitating**
30:12

**high** 9:9,12
13:21,23 21:24
25:4 35:18
36:16,19,21,23
37:4,5,8,10,14,
16 39:22 42:18
43:20 57:12
83:24 86:6,10
95:18,22 98:6

**higher** 49:3,21
55:7 58:19

**highest** 89:21

**Hilltop** 4:12 7:5

**him** 6:4 35:15,
16,23 36:9
65:23 71:15
78:10,12 83:9,
10 86:3,7,11
101:19 102:21

**himself** 65:17

**hire** 64:6 80:17
84:2

**hired** 79:25
81:23 84:5

**his** 8:11 35:13,
16 41:14 65:18
71:18 77:7,8
78:13 83:15
85:25 86:13
97:20 106:10

**hold** 72:4

**holding** 39:10
46:7

**holiday** 40:15

**how** 7:7,19 11:9
13:8,22 15:18
23:15,19 29:24
30:9,10,11
38:24 39:6
41:15 42:8
46:19 54:7 65:6
84:19,21 94:24
102:20 106:22

**however** 5:9
89:23 91:7
98:17

**HR** 21:23 36:3
44:12

**Human** 18:18
19:9 34:24 66:4
105:23

**hung** 66:7

———

**I**

**I'D** 5:2,4 36:12
51:4,8 59:24
60:10,13 67:2,
10 77:2 88:22

**I'LL** 5:8,20 7:25
30:2 42:2 55:25
68:12 69:24

**I'VE** 5:8 6:15
13:20,24 16:17
17:7 21:16
29:23 30:13,15
90:12 92:18,24
93:14 94:22,23
101:20

**idea** 49:6 106:23

**ideas** 26:15

**identification**
19:20 60:8 67:6

**identified** 65:17

**identify** 82:8

**impact** 8:18

**implement**
14:18

**impressions**
78:13,17,23

**in-person**
32:13,15 82:9

**inaccurate**
73:17 74:2,4,5

**incidents** 92:19

**inconsistent**
75:6

**incorrectly**
28:16 34:20

**Index** 98:6

**indicate** 76:21
101:20 105:16

**indicated** 32:2
35:24 40:3 45:9
66:25 86:2

**indicating** 5:12
59:13 74:9 81:7
101:22

**indication**
69:19

**individual**
15:24 65:2,17
67:20,25 69:5
70:17 71:7,20
73:21 83:13
84:5

**individually**
39:4 41:19

**inequitably**
21:18,21

**inform** 43:13

**information**
25:12 27:6,12,
19,21 28:10
30:5 36:5 39:15
45:22,24 49:13
50:10,19 73:5
81:22 82:3

**informed** 44:2
59:9 61:7,12
64:3 77:5 78:18

**initiated** 14:17

**injured** 90:12
94:18

**injuries** 90:24
94:22 95:25
96:5 97:9 98:24
99:2

**injury** 91:7 93:8
95:8,11 96:6,9
97:21 99:14

**instances**
21:17 27:4

**institution**
9:11,18 37:2
58:19 89:15

**institutions**
49:3,21 55:7

**instructed**
38:24 39:5

**instructing**

87:3

**insurance** 8:4
98:4,5 106:24

**integrated** 27:8
29:25

**integrating**
30:5

**integration**
23:13,24

**intense** 11:10,
11

**intent** 55:12

**interchange**
45:24

**interchangeabl
e** 13:17

**interest** 43:9,18

**interests** 26:9

**interject** 84:18

**intermingled**
53:16

**interpret** 72:8

**interpretation**
74:14

**interrupt** 38:11

**intervening**
36:4

**intimately**
103:12

**into** 15:20 16:12
23:19 26:5 27:8
57:8 68:24 69:7
70:19 71:5
91:13,20 92:15

**involved** 26:8
91:14 94:14,24

**Iona** 10:14 23:6

**irrelevant**
102:18

**issue** 17:6,13,15
32:21 57:17
72:24

**issued** 11:18

**issues** 23:13,20
94:5,6,9,14

95:10 99:13

**its** 91:13

**itself** 71:11,17
78:7 102:4

---

**J**

**job** 35:18 39:19
40:8 54:11 95:8

**John** 4:4

**Joshua** 4:20

**jump** 5:22

**jumped** 92:8

**jumping** 93:2

**Junior** 95:22

**just** 7:21 17:19
18:9 20:6 27:12
30:15 31:8,12
33:6 36:13
42:14 46:2,10
50:25 53:23,24
57:20 69:20
70:14 74:8 80:5,
13 88:22 91:11
94:15 99:7,23
100:3,14 104:16
106:2,7

---

**K**

**keep** 91:9

**Kenneth** 4:23
34:25 35:15
101:16

**kept** 14:23 54:4
96:23 101:22

**kicked** 97:20

**kind** 27:23 28:2
34:4 39:16
71:17

**knee** 98:4,21

**knew** 95:21

**know** 5:8 6:10
12:16 19:24
20:6 22:17
29:24 33:6 40:2
50:18 57:19
60:12 67:9

71:14 75:9
76:20 78:23
80:13 82:5,10,
11,16 101:3

**knowledge**
22:7 66:14 68:2
83:12 88:16
96:20 105:15

**known** 33:11
57:16

---

**L**

**Language**
41:10

**large** 86:22

**last** 8:3 10:13
12:8,16,19
18:11 37:9
81:21 99:10

**lasts** 24:18

**late** 25:10 35:7

**later** 91:23

**lead** 6:2 52:4

**learning** 49:4
55:7 58:19

**least** 41:17

**leave** 92:4,5,6

**left** 58:8

**legal** 8:6,9 76:20
79:18 101:2,7
102:14,17,22

**legitimize** 26:17

**length** 100:8

**lesson** 41:13

**lessons** 29:25
38:23 41:16

**let** 5:8 6:10
11:23 15:9
17:11,13,19
19:11,24 20:6
37:25 42:16
52:11 60:12
67:9 80:13
97:22 99:25
103:2

**let's** 14:25 19:17

26:6 52:21
57:24 60:4
71:19

**letter** 60:24 61:4
62:4,11 64:3,9

**level** 49:7 57:12
95:4

**liaisoned** 38:22

**Librarian** 35:22
37:18 54:12
56:22 65:3
69:13 70:11
73:2 74:10,25
78:3 83:7
103:11

**Librarians**
45:10,15 46:20
83:5 84:16
103:17

**librarianship**
85:24

**library** 23:17
25:8,14 26:24,
25 27:4,6,10
28:7 30:24 31:6,
19 33:10 34:16
35:22 38:5,14,
19 39:5 40:12,
16,17 43:6,10,
15 44:8 45:25
46:2,14,15,22,
24 50:4,15 51:2,
11 52:16,17
53:3,12 55:4,14,
22 56:9,17
58:20,21,24,25
59:5,6,10,14
61:2,9,13,19,24
62:2,14,15 64:5,
11,18,21 68:7,
19,25 69:7
70:20 71:5 72:5,
16 74:19 75:16
76:9,15 79:25
80:18 81:23
82:18 84:2

**license** 11:18,
20

**licenses** 11:25
12:25

**licensure** 44:20

**lieu** 24:14

**life** 88:17,18

**like** 5:2,4 6:14
24:4 36:12 41:4
46:2 59:24
60:10,13 67:2,
10 77:2 85:16
88:22 96:3

**Lillian** 87:13
88:5

**line** 56:25 79:13

**linked** 16:2

**list** 55:2

**literally** 25:15
54:10

**Literature** 41:9

**little** 26:18 27:24
33:5,12,24
41:21 43:4
49:15,18 52:11,
25 80:6 87:12,
17 96:18 103:3

**live** 7:10

**lived** 7:7

**local** 25:13

**locate** 83:22

**locked** 91:10
92:3

**long** 7:7 11:9
13:8,22

**longer** 53:23
57:17 83:14
88:21 91:6

**look** 19:23 51:8
63:15,22 70:3
81:21 103:2
104:19

**looked** 20:13

**looking** 43:14
46:20

**lost** 98:16

**lot** 25:22 73:12

**low** 16:7 88:19

---

**M**

---

**made** 21:16

37:9 57:9 63:11
82:21,23 83:17
84:4,9,12 85:12
93:3 102:5
103:25 104:5

**magnet** 40:17

**maintain** 38:4,
16

**maintained**
38:11,13

**major** 9:25

**make** 96:2 99:7

**making** 5:17

**male** 83:7,8
84:22

**man** 85:2

**man's** 84:23

**mandated**
103:15

**Mandela** 36:20
42:24 43:3

**Mandela/
zollicoffer**
36:23 37:5,16
39:21 42:18
43:20

**manifestation**
46:7

**manipulating**
39:10

**manner** 23:25
79:22 102:3

**manners** 14:23

**Manor** 4:12 7:5

**many** 17:9
41:15 85:14

**March** 51:21,24
58:14,16 64:16
67:25 77:17

**Maria** 7:14

**mark** 19:17
59:24 60:4 67:2

**marked** 19:20,
22 60:8,11,20
67:5,7,15 77:11

**Mass** 98:6

**Masters** 10:5,6,
7,10,13,16,20
11:5,13 12:13
23:8 34:3 49:9
53:15 54:6
56:16

**material** 39:11

**materials** 38:19

**mathematical**
90:24

**Mathematics**
57:11 90:23

**Matt** 65:19,21
67:21 68:9
69:14,22,25
70:13,17 74:8
77:17 105:13

**matter** 35:12
78:23 98:23

**matters** 15:6,12

**may** 5:22,23
16:7 18:23
25:20 53:9
104:8,11 106:6

**maybe** 26:6
28:8 40:7 57:13

**me** 5:8 6:7,10
11:23 12:5
14:23 15:9
16:20 17:11,13,
19 19:11,24
20:6 28:15
29:21 30:15
33:5,6,11,19
34:19 35:14,24,
25 36:7,13
37:25 41:11
42:16 44:21
45:5,9,12 46:10
49:9 52:6,8,11,
12 53:2,5,19,20
54:13 56:11,15
57:21 60:12
67:9 68:9 74:24
80:13 84:17
85:25 86:13,18,
22,24 87:7 88:3,
22 89:14 93:11,
25 95:14,18
96:3 97:11,22
98:3,20,21

99:20,25 101:17
103:2

**mean** 24:22
25:8 39:8 42:3
51:23 54:23
57:5 71:13
72:13 73:19
75:23 80:4 94:2
100:15

**meaning** 72:18
102:23

**means** 15:3
65:20 72:22
89:21 100:24
101:4,8

**meant** 76:24

**media** 10:14
11:6,13 12:9,21
22:23 23:3
24:12 26:13,23
28:5,14,25 29:5,
6,11,16 30:18,
24 31:5,9,17,19
33:9,10 34:15,
17 35:22 37:19
42:17,23 43:2,6,
10,15,20 44:8
46:14,15,22,24
52:16,17 53:12
55:4,14,22 56:9
58:21,25 59:6,
11,14 61:2,9,13,
19 62:14,15
64:5,11,18,21
65:4 68:6,8,17,
19,24,25 69:6,7
70:8,18,20 71:4,
5 72:5,16 74:9,
19 75:15,16
76:9,15 79:25
80:18 81:24
82:13,18 84:2

**medication**
8:22 80:11,12

**meet** 35:14

**meeting** 84:15
85:4,7

**meetings** 40:12

**members** 87:19

**memorializing**
66:8

**memory** 22:18
50:25

**men** 84:3

**mental** 88:20
89:15

**mentioned** 25:7

**Mercy** 9:19
10:11

**met** 35:15

**middle** 35:7
45:13 46:18
85:8

**might** 5:21 6:20
25:2 71:13

**migrating** 92:15

**milestones**
40:20

**mind** 71:20

**mine** 92:22

**minutes** 86:8

**misleading**
102:24

**misspell** 34:23

**mistaken**
104:21

**mitigating** 16:9

**moment** 15:5
22:18 25:5 36:2
60:12 67:8 71:2
73:20 83:2
95:14 106:7

**monitoring**
40:23

**monitors** 98:5

**month-and-a-
half** 8:12

**months** 24:19
98:9

**more** 17:8 33:12
45:5 50:11
75:20 87:8,12,
14 89:11 93:17
100:21

**morning** 4:17

**most** 25:18 27:4

42:5 81:24

**mostly** 15:21 91:2

**Mount** 4:22 6:22 13:6,7,9,14,20, 22 21:24 25:4 29:10,15 37:4 72:4,14,18 74:20 76:10 79:20 80:23 81:3,10 86:6 99:18

**move** 77:2

**moved** 35:20

**Mr** 4:16 8:10 19:7,17 21:25 29:8 41:9 48:7 57:24 58:4 59:24,25 60:4, 10 63:18 67:2 70:22,23 71:10 78:4,6,8,9,11, 12,15,21 79:17 86:6,8,11,18 87:6 90:23 99:23 100:15,22 102:12,14,17,25 104:10,13 106:8

**Ms** 34:20 35:4 36:2 45:8 87:13 88:4,5,10,15 103:20

**much** 16:18 30:13 50:19 94:24 95:21 96:23

**multiple** 13:19 26:9 31:23 32:7 34:3,12 51:16, 17 56:23

**my** 4:20 5:8,11, 16,23 6:7 7:12 9:3,6 10:7,10,13 11:5,16,18 13:15,25 16:17 17:23 21:16,22, 23 22:18,20 24:19 25:13 28:21 30:8 32:11 33:14 35:17,18 37:22 42:13 44:20 49:7,11 52:9

54:10,16 57:15 65:16 66:10,13, 14 68:2 70:8 73:8 74:13,21, 23 76:19,21,22 78:21 79:17 80:11,12 81:13 83:12 86:16,19 87:5 88:16 90:4, 21,25 91:7,8,9, 13,14,23 92:6, 14,15 93:7 94:22,23 95:25 96:17,18 97:8,9 98:2,3,6,15,25 99:3 100:12,22, 23 101:13 103:2,17 105:15 106:2,6

**myself** 87:15 93:14 100:21

_____
N
_____

**name** 4:8,20 7:2,13 28:16 34:20 36:18 65:18 66:10 83:19 88:3 92:20 95:13 103:19

**named** 67:21

**names** 82:7

**Nancy** 103:20

**national** 81:6 103:5,7,25 104:5

**nature** 93:18

**nearly** 91:17

**nebulous** 49:16

**necessary** 23:12 45:14 49:9 55:3,13,20 72:3 101:19

**need** 6:9,13 8:3 43:22 45:10 53:11 58:23 59:4 80:7,13 81:15 86:8

**needed** 33:16 54:5 56:16

97:19 98:7

**Needs** 13:16 15:21 30:4 57:6, 8,14

**negated** 97:17

**Net** 62:15

**never** 33:23 75:19 97:10

**new** 4:5 9:14,19 10:12,15 12:3, 17 13:7 18:18 19:5,8,13 22:20, 24 23:6 31:23 32:20 37:11 38:18 40:25 47:15 49:24 54:15,21 55:21 56:23 59:15 66:4 69:16 71:22 72:11,16 74:22 84:7 96:8, 15 98:21 105:23

**newer** 23:18

**next** 62:9 64:13 71:19

**Nineteen** 13:10, 11

**ninth** 57:12 95:17

**no** 5:15 7:16 8:21,25 9:4,8 14:3,5,8,11 16:14 18:4,16 19:3,6,16 21:5 22:5,16 24:7 29:18 31:2,12 32:14,22,24 43:22 45:18 48:19 49:6 55:9 56:3 57:16 58:17,22 59:8, 23 61:15 62:8, 17 63:6 64:12 66:19 71:12 72:21 80:8,11 82:15,19,22 83:13,21 85:10, 14,20 87:16 91:6 93:9 98:13 102:7 105:15

**nobody** 52:5,8 56:15

**non-tenured** 103:9

**normally** 34:5

**not** 5:9,23 7:16, 22 8:24 11:15 13:2 15:22 16:12,24 17:23 18:8 21:8 22:13 24:20 26:10 27:25 29:13,20 31:2,7 32:14 33:21 34:2,9,21 36:8 37:10,22 39:14,23 42:13 44:20 46:4 47:7, 8,16,18 48:16 49:5,14 50:11 51:4 52:7 54:22 55:23 56:3,8,14 57:2,21 62:3,18, 20 64:20 66:5, 23 69:22 70:19 72:6 73:19 74:8 76:20 81:16 82:3,15,19,25 84:11,14 85:25 87:8 88:20 91:3, 12,14,16 92:3, 22 96:3 97:2,11, 15,18,25 99:4 100:13,23 101:21 102:14, 20 104:3,7,20

**Notary** 4:4

**note** 19:7 78:21 79:17 100:22

**notes** 40:11 103:2

**nothing** 36:10

**notice** 4:24 5:3, 4 14:9 19:19 20:18 21:4 22:4, 6 31:11 60:6 63:15,20,23 64:14 77:3,16 78:17 79:7,24 80:16,18 81:19 83:10 88:25 90:14 99:17

**noticed** 99:18

**November** 91:6

**now** 5:20 6:20 9:22 14:19 20:6

21:10 26:7 27:16 39:17 52:21 57:6 61:7 81:17 86:19 101:7 106:2

**nowadays** 13:17

**null** 76:22

**number** 7:5 8:2 38:15 90:22

**NYSED** 32:25 33:7 34:13 47:19 49:12 54:24 59:11,25 60:3,24 61:13 64:4,10,16 65:15 66:17,21 67:21 69:5 70:17 71:7,21, 25 73:18 74:2 75:8,13 76:12 77:6,9 78:2,20

**NYSED's** 71:15

_____
O
_____

**object** 71:10 102:12

**objection** 29:8 78:21 79:17 100:22

**obligation** 8:15

**observation** 41:13 42:3,12

**observations** 42:6

**observers** 42:10

**obtain** 10:16,20 23:3 25:12 28:4 54:16 56:12 64:9

**obtained** 31:16 64:3

**obvious** 87:18 100:17

**Obviously** 50:21

**occasion** 89:11

**occasions** 56:23 97:5

**occupant** 88:12

**occurred** 32:5 95:2

**occurring** 66:7 103:18

**October** 48:23

**off** 26:13 32:10 58:9 80:11 88:23

**off-the-record** 106:9

**offhand** 48:16 51:4 81:8

**office** 30:10 35:16 36:6,7 47:23 85:25 86:13 103:12

**Officer** 50:6,7 65:18 95:15 97:17

**Officers** 73:6 74:8 75:2

**Offices** 33:22

**official** 37:20,23 78:20

**officially** 37:10

**Oh** 12:14

**okay** 5:11 6:11, 18,23 9:24 15:11 30:15 63:14 70:5,14 77:2 78:8 81:5 97:24 99:7

**old** 7:19 65:2 69:12,15,17 72:12 73:2

**omitted** 66:21 105:13

**on** 6:5 12:17 17:18 20:24 27:17 28:9 32:21 33:7 35:13 38:24 39:5 41:8,18 42:19 50:10 51:18 52:2

55:12 56:23 59:16 61:13 62:10 63:21 67:5,25 68:9 69:4,15 70:9,16 71:21 73:16 77:2,5,17 78:16 79:4 80:25 81:4, 11 83:3 85:22 87:2,9 89:11 92:10,21 93:6,7, 19 94:18 95:8 96:22 97:4,8 103:5,7 106:4, 18

**on-going** 41:19 96:13

**on-line** 25:19,22 48:6

**once** 8:2 17:8 40:18 46:5 75:20 87:16 88:9 91:8,23 97:12

**one** 6:6 11:6 12:6,8,14,16,19 13:24 15:8 17:8 26:6 28:8 32:2,6 33:19,20 37:2 41:8,25 43:24 54:20 56:22 57:14 65:3,9,10 68:7 73:7 74:10, 15 75:21,23 78:2 79:12 85:7, 11 87:9 89:11, 13,22,23 90:22 91:5 92:7,25 93:20 95:3,4 100:25

**one-to-one** 89:25

**ones** 18:2 53:23 98:20

**only** 6:14 7:21 8:2 17:15,17 34:2 44:20 47:6, 9 49:5 53:23 54:20 57:2 59:12 65:18 69:19 76:3,17, 18 83:6 87:8 89:14 91:12 92:22 95:6

97:25 99:4 100:14 101:21 105:10

**opened** 91:11

**operation** 94:25 96:17 98:11,14

**Opportunity** 18:25 19:15

**order** 24:11 58:25 59:6

**orders** 38:19

**origin** 81:6 103:5,7,25 104:5

**other** 12:15,24 14:10 16:8 18:6 19:5,14 21:3,12 22:14 26:16 33:2,13 34:9 41:3 49:3,8,9, 21,22 53:16 57:21 58:18 65:10 71:16 73:6,9 74:7 75:7 76:12 85:12 87:9 88:3 94:14 95:4

**otherwise** 57:16

**our** 87:20

**out** 17:19 35:20 36:9 49:11 54:7 74:6 75:25 87:20 91:2,8,13, 24 92:8,11 93:2

**out-of-pocket** 106:20

**outcome** 96:11

**outside** 24:15 40:7 92:23

**over** 5:5 45:15 51:17 65:23 75:19 88:9,13 90:5 96:25 98:20 99:10 101:17 103:2

**overqualified** 34:7

**own** 77:7

—————————

P

—————————

**p.m.** 104:15

**page** 20:22,25 31:12,13 63:24 68:12 70:16 77:4 79:7

**paid** 96:17,18 106:22

**pain** 80:12

**paperwork** 86:15,20,22 101:19,21

**paragraph** 31:11,21,22 63:23 64:14 70:16 71:17,19 72:13 77:3,15 78:16 79:11 81:19 88:24

**part** 28:13 35:7 66:20 105:12

**partake** 40:6

**participated** 62:25 63:5

**participating** 56:4

**particular** 13:18 15:8,16 22:13 26:7 30:2 37:12 41:8 47:5 75:4 84:19 89:12 91:15 102:5

**passage** 70:15 75:5

**past** 26:11 103:8

**patently** 87:18

**pausing** 73:12

**pay** 97:16 106:19

**payments** 96:15

**Peer** 15:3 16:24

**pending** 6:15

**people** 6:2 17:5 26:14,16

**per** 41:14 42:22

**perform** 42:10 97:9

**performance** 15:3 16:2,3

**performed** 63:17

**performing** 16:8 88:19 99:3

**perfunctory** 16:19

**periodical** 46:7

**periodically** 97:7

**periodicals** 25:16 27:16 38:10

**periods** 51:17

**permanent** 12:2 22:22,23 28:22 30:20 31:17 47:7 49:6 70:4

**person** 38:21 64:20 101:17

**person's** 103:19

**personnel** 32:20 34:14

**persons** 74:18 75:13

**perspective** 84:19,23,25

**phone** 101:17

**phrase** 68:18

**phrased** 28:15

**physical** 27:15 38:4,5,6,7,13 46:6 88:19 96:18

**physicality** 27:14

**physically** 39:10

**physicals** 97:6

**physician** 98:2

**physicians** 97:6 98:2

**pick** 58:8

**pile** 36:11 85:21

**place** 45:12 46:18 54:13 96:3 101:18

**Plan** 15:24

**planning** 106:4

**plans** 38:23

**plant** 38:13

**plaster** 93:14

**platform** 27:3

**please** 4:7,10 5:8 6:6,9 34:19 53:2 56:3 67:3 80:14 81:18 104:9

**point** 36:9 38:20 45:14 47:2 52:5 61:23 62:10,21 63:7 68:9 80:9 86:3 89:19 92:25 93:20 98:10,18

**pointed** 36:9 49:11 74:6

**points** 61:21

**popular** 26:12

**population** 42:9 92:18 103:16

**portal** 27:7

**portals** 39:14

**portion** 72:8

**position** 31:19 33:24 34:7 35:21 39:20 42:4,19 43:10 45:13 46:15,18, 23 57:23 64:6 71:25 72:5 73:18 103:15

**positions** 43:12

**possess** 22:19

30:23 31:4 82:11,12,17

**possessed** 56:17

**possible** 26:8

**post-college** 10:3

**posted** 25:18

**power** 26:7

**practice** 97:5

**Pre-k** 12:6 22:21 57:17

**preparation** 21:11

**prepare** 22:11

**present** 42:7 86:15

**presentation** 27:18

**presented** 84:20

**presently** 90:15

**preserve** 50:22

**pretty** 16:18 30:13 74:14 75:2 90:11 96:23 102:4

**prevalent** 26:4

**prevent** 8:18

**previous** 74:7 76:21 92:7 100:7

**previously** 68:18 89:14

**primarily** 30:8 38:9 45:21

**primary** 27:4

**Principal** 21:24 86:5 87:13 100:13 101:16, 25 102:5 103:12,23

**printers** 38:16

**prior** 31:3 32:3 56:20 74:23

76:16 83:11 101:6

**private** 97:6

**privy** 82:3

**probably** 90:7 94:8,16

**probationary** 42:20

**problem** 33:25 56:3 84:20 96:25

**problems** 87:25 89:16

**proceed** 92:9

**proceeding** 96:12,13 99:14

**process** 14:22 24:17 25:21 44:24 45:2 47:24

**processed** 38:18

**processes** 26:15

**processing** 28:10

**product** 49:16

**professional** 47:9 84:16 85:6

**proficient** 15:16

**program** 11:9 23:5,7,8,22 49:25 53:4,10 54:6,8 55:17,19 56:5,7 58:10

**programming** 30:7 33:2

**programs** 11:8 30:4,11 54:18 55:6 103:13

**progressively** 81:14

**proper** 16:20 26:2 30:5 55:18

**properly** 40:25

**provide** 27:5

32:11 50:17 99:5 105:21

**provided** 55:2 66:3,5,24 98:10, 20 105:10

**providing** 66:16

**psychological** 87:25

**public** 4:5 96:20 98:23

**publications** 25:18,20

**purposes** 8:4 41:12 91:10 100:19

**pursuant** 67:20

**pursue** 56:14

**pushed** 40:2

**pushing** 9:22

**put** 39:12 98:15

**Q**

**qualifications** 64:4,10

**qualified** 44:20

**qualify** 53:19 54:5

**quandary** 33:18

**Queens** 49:24 50:2,8,16 51:3, 15

**question** 5:7, 11,21,23 6:7,15, 16,17 15:9 17:11 30:16 44:4 55:24 70:22,24 72:7 75:11 100:7 105:5 106:12

**questioned** 85:25

**questions** 5:2 9:3,6 36:13 60:14,17 67:10 73:11 102:24

**quick** 50:18

32:11 50:17 99:5 105:21

**quite** 16:25 26:8 29:13 33:20,21 37:22 47:17 50:11 52:7 55:23 72:6 73:19

**quote** 31:18 72:9

**quoting** 15:7

**R**

**race** 103:25 104:5

**radical** 25:17

**ran** 103:13

**Ray** 4:1,9,19 5:1 6:1 7:1,3 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1, 10,12,19 70:1,5 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1

**read** 12:8,9 79:3 106:12

**reading** 72:23

**ready** 58:6
60:16

**realignment**
32:3 47:11
70:10 74:24

**realized** 6:25
104:17

**really** 39:16

**reason** 6:5 9:2,5
25:23 53:14
55:16 56:13
92:13

**reasonable**
93:8

**reassigned**
88:17 100:20

**recall** 11:15
17:22 18:8 22:2
28:18 29:3
30:21 34:11
40:4,5 43:16
44:16 45:7
54:20 61:7,11,
15 62:3,20
64:15,24,25
66:5,8 73:13
76:4 77:25 79:5
82:25 84:11,14,
15 104:3,7

**recalling** 8:18

**receive** 9:21
39:19

**received** 24:25
39:23 96:14

**receiving** 49:5
73:5

**recent** 18:22
81:24

**recertification**
69:17 71:23
72:11

**recognition**
71:15

**recognize**
20:16 60:22
61:16 67:17

**recollection**
52:23 65:16

66:14

**recommendati
on** 63:8,9,13

**record** 4:8,11
5:18 6:5,21 7:21
14:25 65:6
98:23

**recorded** 65:5,8
73:9,10,21
74:13 77:19,24

**recorder** 65:10

**recording**
65:12 66:6,8
73:4 77:12

**records** 54:16

**refer** 11:16
12:19 46:5
68:12

**reference** 13:17
38:9

**referred** 25:5
33:8 34:12
54:13,23 57:15
65:18 66:15
77:8 100:3
106:12

**referring** 6:22
11:16,19 12:20
15:14 16:22
20:4 21:22
26:21,24 47:13,
18,19 77:10,12,
16 89:6

**refers** 41:10

**reflected** 77:10

**refresh** 22:18

**regarding** 4:24
50:21 64:17
75:5 85:24 96:6

**Regents** 40:22
41:2

**regimen** 24:10

**regular** 93:19

**regulations**
37:12 65:3

**reissued**
101:25

**relate** 15:18
84:21

**related** 82:21,24
84:10,13 85:12
94:21 96:9
99:13 102:6

**relationship**
96:24

**relevance**
78:24

**remember**
9:23,25 10:22
12:10 14:14
17:4 18:2 28:19
30:17 32:8,10
35:3,6,9 39:24
45:4,20 48:14,
17 50:25 51:9,
13 59:21 63:4
64:19 65:14
66:17 83:19
85:4,9

**remembering**
34:10

**remind** 5:16

**repeat** 7:2

**rephrase** 5:9
42:2 55:25
69:24

**replaced** 98:4

**report** 86:17

**Reporter** 4:7,10
5:14,25 106:13

**represent** 4:22

**representation**
67:24 73:18

**representative**
77:7,9

**represented**
8:6

**request** 41:14
97:6

**requested**
35:11,25

**require** 72:19

**required** 42:5
45:12 72:15
76:8 87:8 98:3

**requirement**
24:10 28:23
49:8 52:15
59:10 61:18
62:7

**requirements**
54:22 55:3 57:4
59:13 60:7,25
61:8,12 74:2
98:12

**requires** 74:18
103:16

**requisite** 64:4

**research** 25:12,
21 26:2 38:24
39:7 54:10

**resources**
23:17 34:24

**respect** 74:3

**Respondent's**
19:18,21,23
20:14 60:5,8,11,
20 67:3,6,8,15
77:11

**Respondents**
4:22 20:19
79:12,15

**responsibilities**
40:7 41:4

**rest** 17:23,24
37:3 53:24

**restrict** 94:23

**restricted** 93:21

**result** 95:10
96:16

**results** 17:20

**resume** 11:16

**retain** 8:11

**retaliate**
102:16,22

**retaliated** 102:9

**retaliation**
99:22 100:19,24
101:2,8

**retaliatory**
99:20 100:6,11,
18

**retire** 103:14

**retired** 103:9,23

**retirements**
40:19

**retrieval** 27:18,
21 28:11 45:23

**retrieving** 27:12

**review** 14:17
15:4 16:24 21:7,
10 51:4 60:12
67:8,14

**reviewed** 21:16,
17 60:19

**reviewing**
19:25 20:7,10
22:9 67:9

**reviews** 17:2

**rid** 83:9

**right** 12:14
21:10 39:17
51:18,21 53:8
57:6 75:8 81:17
86:6,19 94:7,11
100:10 101:7,14

**rights** 18:19
19:9 53:21 66:4
105:23

**Rochelle** 10:15
23:6

**role** 13:13,15

**room** 85:19,20
86:4,9,14,17,18,
19,23,24 87:15
88:9,10,12,13,
14,15 89:24
100:13,18,20
101:10,11,24

**Rosario** 92:21

**roster** 101:21

**rotated** 93:24

**route** 42:4 47:5,
10

**rules** 5:5

**running** 93:14

## S

**safe** 40:22 99:5

**safeguards** 27:8

**Safety** 62:15

**said** 26:23 36:15 40:4 44:19 45:4 46:11,12 47:21 48:8 49:19 50:9 51:3 75:18,19, 20 76:3 85:9 86:8,20 90:14 92:2,21 98:5,13 102:10

**same** 6:3 17:9 24:13 27:11 32:2,6 33:11,19 43:25 56:22 65:4 68:7 73:5,7 74:11,15 75:18, 21,23 78:3 82:12 83:23 102:2,3

**Samsung** 65:9

**Santana** 4:1,9, 19 5:1 6:1 7:1,3 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1,4 59:1 60:1,10 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1

**saw** 82:8

**say** 10:18 11:12 16:21 22:15 25:2,10 26:2,6 31:16,18 32:7 38:6 41:4 44:18 49:22 50:8 51:18 52:22 66:2 69:5 71:16 73:24 77:22 89:4 94:20

**saying** 11:2 33:8 34:6 39:9 53:2,9 54:4 59:16 64:23 68:5 75:4,12,14 76:4 79:24 88:25 90:9 94:6

**says** 52:21 61:24,25 62:22 64:2 68:9 69:10 70:17 71:12,21 72:9 73:16 77:4 79:10,13 80:19 81:22 86:9 99:18

**schedule** 87:3

**scheduling** 87:7

**school** 4:23 6:22 9:9,12 10:14 11:6,13 12:9,21 13:6,9, 14,19,21,23 21:25 22:23 23:3 24:11 25:4 26:23,25 27:3 28:5,14,25 29:4, 6,10,11,16 30:18 31:5,8,17 33:9 34:15 35:19 36:16,19, 21,23,24 37:4,5, 8,11,14,16,17, 18 38:20 39:22 40:18 42:5,17,

88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1

18,23 43:2,19, 21 45:13,16 46:19 57:12 63:8,9,12 65:4 68:6,16,23 69:6 70:8,18 71:4 72:4,14,19 74:9, 20 75:5,14 76:10 79:21 80:23 81:3,10 82:13 83:10,23, 24 84:6 85:8,18 86:6,11 94:24 95:4,18,22 97:2 99:19 103:16

**schools** 13:19 35:2 85:8

**Science** 10:2 27:10 28:7 39:6 46:3 50:5,15 51:2,11 53:3 58:20,24 59:5 61:24 62:2

**Sciences** 39:5 56:18

**search** 63:17

**second** 10:10 12:7 57:25 62:10 63:14,24 68:12 70:16 77:4

**section** 20:3 61:20

**secure** 46:23

**security** 7:25 91:10,17 92:3, 13,20,25 93:3 95:15,16

**see** 5:13,17 33:14,15 40:24 61:17,20 62:10, 21 84:17 85:23 86:8

**seeing** 25:20 106:17

**seek** 43:10

**seeking** 42:22, 25

**seemed** 96:2

**seems** 26:12

**seen** 88:20 90:6

**segregated** 95:17

**senior** 87:14,19 88:8 100:21

**sense** 16:20 21:20 96:3 102:18,23

**sent** 59:12 60:24 63:12 78:6 79:4 86:16 88:9

**sentence** 81:21

**separate** 30:24 31:4

**September** 35:7 48:22 51:18 55:11 58:16 85:17 89:13 90:10 95:15

**serve** 13:18

**served** 29:15 37:3

**service** 98:25

**services** 8:11

**serving** 13:20 40:3

**set** 37:12 42:13 86:24 87:11

**seventh** 88:24

**several** 89:25 90:23 93:4 97:4 99:11

**severe** 87:24

**severely** 94:17

**SH** 61:25

**shaking** 5:15

**share** 105:18

**she** 36:6 44:18, 19,25 46:11,12 50:9 54:23 55:6 87:3,6,7,10,16, 22 88:8,11,13, 16 103:13

**she's** 47:5 103:14,21,22

**sheet** 32:12

**shelter** 92:14

**short** 45:15

**should** 6:6 83:21 98:10 105:2,9

**show** 7:22 8:2

**showed** 87:2

**showing** 19:22

**side** 87:9

**signature** 20:24

**signed** 54:19 55:10

**Silverman** 4:21

**since** 14:16,21 24:13 25:10 62:4 90:12 94:6, 8,10 98:21

**singled** 87:20

**sir** 6:12,24 7:16, 20 8:8 9:4,8,17 10:5 12:22 13:2, 4,10,12 14:3,5, 8,11 15:10 16:14 18:4,16, 20 19:3,6 20:12, 17,20 21:2,5 22:5,8,16 31:15 34:11 36:14 45:18 47:20 48:3,13,19 50:24 51:5 52:25 56:2 58:5, 7 59:23 60:18, 21,23 61:3,10, 15,22 62:8,17 63:3,6 64:8,12 65:13,25 66:19 67:13,18,22 68:21 69:3 80:5 85:14 96:10 106:14

**site** 70:3

**sites** 45:23

**sitting** 29:23

**situation** 26:7 35:17 52:9,12 90:10 91:22 96:3

**six** 24:18 45:15
89:24

**sixth** 12:7 22:21
57:17 81:19

**skill** 88:18

**slash** 36:20

**social** 7:25
26:13 89:16

**socially** 89:8

**solar** 26:7

**soldier** 85:22

**solve** 84:19

**some** 5:2,3,5
23:17,18 26:14
35:13 36:13
60:16 67:10
73:25 84:16
88:25 103:13

**someone** 14:2
24:15 29:5
57:20 76:9
100:20

**something** 39:7
69:21 71:16
102:10 104:16,
24

**sometime**
77:14

**sometimes**
5:20,23 6:2,20
39:4 89:23

**somewhere**
10:25 43:17

**soon** 86:10

**sorry** 15:10 39:8
42:2 48:13
65:22 68:21
69:24 80:5,6
85:8 88:2 105:6

**sort** 17:14 24:9
33:11 73:25
84:9 94:4
103:13

**sought** 26:17

**source** 27:13

**south** 96:23

**span** 10:23

**speak** 6:6
17:14,16 33:14
51:6 65:20,23
86:11 106:6

**speaking** 16:7

**speaks** 71:11,
17 78:6

**special** 10:11,
21 12:8 13:15,
16 15:21 16:11
22:22 30:4 57:6,
7,11,14

**Specialist**
10:14 11:6,13
12:9,21 22:23
23:4 24:12
26:23 28:6,14,
25 29:5,6,11,17
30:19,25 31:5,9,
18,20 33:9,10
34:16,17 35:22
37:19 42:18,23
43:2,7,10,15,20
44:8 46:14,16,
23,24 52:16,17
53:12 55:4,14,
22 56:10 58:21
59:2,7,11,15
61:2,9,13,19
62:15,16 64:5,
11,18,22 65:4
68:6,8,17,20,24
69:2,6,8 70:9,
19,20 71:4,6
72:5,16 74:9,19
75:15,16 76:10,
16 80:2,18
81:24 82:14,18

**Specialists**
84:2

**Specialty**
28:13,17,20,24
62:9,13,19

**specific** 17:5

**specifically**
15:13 16:22
43:3 49:23
63:22 68:3
95:18 98:13,24

**specifications**
98:8

**specified** 61:18

**specify** 17:13

**spelled** 88:11

**spelling** 34:22

**spoke** 17:17
35:3 50:12
64:20 65:14
66:9 73:21 86:7
92:20 94:15
98:14 101:15,16

**spreadsheet**
30:9

**stack** 86:22

**staff** 40:13

**stairs** 93:9

**stand** 35:25

**standard** 15:23
24:21 97:5

**standards** 41:2

**start** 44:24

**started** 5:6
80:15 91:8,16
93:2 94:12

**starting** 91:24

**state** 4:5,7,10
11:18,21 12:3,
17 18:18 19:5,8,
13 22:21,24
31:24 32:21
35:23 37:11
40:25 43:24
47:15 53:18
54:3,12,15,21
55:21 56:24
74:22 96:8,15
103:15 105:23

**statement**
73:15,23 76:6,
11

**statements**
76:12

**States** 18:25

**stating** 64:10
66:9 76:3 79:11

**stick** 53:23

**sticker** 63:20

**still** 29:13 52:2
65:11 88:15

**stipulate** 14:25
75:22

**stood** 93:21

**stop** 48:24,25
58:12

**stopped** 55:16
56:4 92:2,11

**storage** 28:11

**story** 89:6

**straight** 70:6

**Strike** 44:3

**student** 24:5,9,
10,17 92:18
94:18

**students** 15:15
16:3,6 30:2,3,4
38:17 39:2,3
40:14 41:5,13,
16 42:12,13,14
62:22 63:2
81:15 88:18
89:22,25 90:8,
25 91:12,15,24
92:8,10,14,22
93:2,4,12,19,22
94:5,10,13 95:9,
15,19,24 99:12

**studies** 11:11
38:25 45:11
52:3 101:13

**study** 23:11
57:20

**studying** 27:17

**stuff** 27:16

**stymied** 33:25

**subject** 15:17
16:8 26:6 38:17
57:8 93:24

**submitted** 97:4

**subsequent**
26:22

**subsequently**
86:20 87:7 93:4
98:16 100:19

**substitute**

103:10,21,22

**successfully**
23:6

**such** 15:15
29:20 32:6
33:23,24 44:10
45:9 64:6 71:12
105:16

**sudden** 91:25

**sued** 14:2,4

**suffer** 97:21

**suffered** 90:25
95:8,11 96:5,7
98:25 99:3,15
102:20

**sufficient** 69:13

**suggest** 54:18
55:6

**Suites** 30:11

**summarize**
28:2 78:13

**summary** 99:24

**summation**
27:22

**summer** 81:24

**Superintendent**
21:23 34:25
35:4,12,25
85:24 101:15

**Superintendent
's** 36:7

**Supervisor**
41:11

**supposed** 8:23
86:17 101:22,23

**supposedly**
17:2

**sure** 16:25 21:8
27:25 29:13
33:21 34:21
37:22 46:8
47:17 50:11,20
52:7 55:23
70:25 72:6
73:19 78:5 99:7
100:23 106:8

**suspended**

93:5

sworn 96:21

sworn/affirmed
4:4

synopsis 50:18
74:12

Syracuse 49:23
51:6,10,14

System 27:14

systems 30:10
45:25 84:7

———————

**T**

———————

tab 40:2,4

take 6:13,17
8:23,24 15:20
19:23,24 25:23
28:12 39:12
48:10 57:24
60:12 63:14
67:8 80:7,10,14

taken 8:24
16:12 24:14
26:13,16 32:6
58:2 61:25
62:13,18 73:3
74:10 104:14

taking 48:20,24,
25 58:12

talk 17:12 21:4
64:13 66:11
70:14

talked 18:6
22:10,17

talking 6:3 38:7

target 26:5

targeted 26:10

taught 25:24
39:13

teach 38:17
41:5,12,15
44:21 89:5

teacher 13:16
24:8,18 29:20
31:24 32:4
40:19 44:23
47:15 49:12

54:25 56:24
57:6,11,14 70:3
86:25 87:14
88:8 89:22 99:4
102:2 103:9,11,
21,22

teachers 17:9
29:25 38:23
47:11 88:3
93:24 97:8

teaching 12:4
24:5,10,16 25:3
40:13 41:5 42:8,
12 87:10,19
90:2,15 101:13

tech 25:3

techniques
26:2

technology
23:13,14,16
25:4 26:25 27:2,
22 29:19 30:6
45:22

telephone
32:17,18 65:24
67:4

tell 8:15 12:5
22:14 28:15
33:5,11,19 45:5
46:10 52:12
53:2 56:15 82:7
88:3,22 99:20

telling 91:5

temporary
52:18,20

tenth 77:3,15

tenure 25:3
87:15

tenured 29:20
42:22,25

tenureship
42:4

term 6:20 71:13
76:20 79:18
101:2,7 102:15,
17

terminated
83:16

terms 39:9
102:22

terribly 80:5

Test 28:13,17,
20,24 62:9,14,
19

testified 4:6
15:5 36:25
73:20 83:2
103:3

testify 22:12
97:8

testimony 8:20
28:6 83:4 95:7
96:21 97:12
99:8

tests 40:22,24

than 14:10 17:8
21:3,12 22:14
33:2,13 34:9
49:9 50:11
53:24 57:21
75:20 87:8,12,
15 89:11 100:21

Thank 7:24 20:9

that's 9:14
15:11 21:13,19,
25 25:23 30:12
33:4 34:10
35:19 40:5
46:19 57:23
60:20 63:21
67:15 69:14,18
72:12 73:13
74:22 79:18
81:7 83:13,17
89:8 94:20
100:10 101:12,
25 102:25
103:17

their 15:23 33:3
38:23 53:24
59:13,16 82:7
90:2 92:19
98:12

them 16:19,21
17:10,22 22:24
26:16,17 32:10,
11 33:8,14
38:24 39:5,12,
13 43:19 49:11,
13 53:24 54:3,
15 57:8 69:18,
20 70:7 72:12
76:4,13 82:8

92:3,4 99:5

then 19:24
24:16 26:22
31:12,18 42:9
46:13 60:13
61:24 63:7
64:13 67:9,10
74:16 86:7

therapy 96:19

there 5:13 8:17
9:2,5 13:25
15:19 18:6 24:9
25:19 27:7
33:25 34:20
35:21 37:21
38:2 39:6,25
40:18 41:3
43:12,22 45:9
46:2 55:8 57:10
61:17,20 70:22
71:12 73:11
83:8 85:12,14,
20,21 86:7,19
89:17 90:14
92:11 93:9,12,
13 94:16 97:12
99:25 101:20
105:25

there's 6:15
25:11,22 50:19
89:10

these 17:2
23:24 29:21
32:13,16 42:12
51:13 61:8
89:22 90:7
92:22 94:4,6,9

they 14:17,18
15:20 16:18,19
24:16 26:10
29:7,24 31:25
32:2,14 33:3,10,
14,15,18,19,22,
24 34:5 38:25
40:15 42:13,14
45:12,15,21
46:23 47:10,13
49:6,13,14 50:4,
5 51:11 53:17,
22,23 54:2,4,13
55:2 57:4,16
59:19,20,21,25
60:2 69:16,19
70:2,3 71:22
72:10 73:7 74:8,

15 75:18,19,20
76:3,8 78:2
82:16 83:8,10
84:17,25 91:17,
25 92:2,9,14,21
93:23 96:17,23
97:7,10,18 98:8,
10,12,13,15,19

they're 11:7
17:8 92:22
93:13 98:20

They've 57:7

thing 39:25
71:12 75:18,23

things 40:10
89:2

think 17:18
71:11 72:22
74:4,5 77:13
78:6 81:8
100:25 101:2,8
102:24

thinking 5:24
52:8

third 51:21
62:21 69:10
70:15

those 12:5,11,
23 16:11 17:20
18:5,10 32:9
33:16 40:10
41:6 42:13
45:17,19 48:20,
24,25 50:22,23
102:24

though 15:18
91:9 94:25 95:5
96:24 97:2
101:18

thought 26:15
43:22

threatened
92:24

three 10:5 12:2,
23 24:18 41:20
53:15 79:13
87:12

threw 53:24

through 12:3,7
19:23 20:13
24:17 25:15

26:3 27:3 40:3
44:22 48:5,11,
21 51:19,24
53:6 54:20 56:5
57:12,13,17
77:7 79:23 98:2

**throughout**
25:21

**throwing** 91:16

**time** 6:3,6 12:12
19:24 24:14,24
26:4 35:13,24
36:4 37:4 38:18
41:8 44:19
51:17 66:9
70:10 85:13,19
86:3 91:15 95:2,
5 98:14

**times** 18:6
41:15,18,20
89:23 90:6
91:10 93:12,25

**tired** 80:6

**title** 11:14,17
31:2 37:20,23
39:23,24 40:5
76:16,23

**titles** 29:22 32:4
33:21 57:3

**titling** 29:24

**today** 8:7,15,20,
24 22:12 26:13
28:6

**today's** 21:6,9

**together** 42:15

**told** 16:19 32:22
33:6,20 36:13
56:22 83:13
86:13,18 88:9
95:18 101:17
105:10

**too** 98:6

**took** 28:3,4,7,8,
19 36:5 40:11
48:15 86:19
88:12 98:19

**tools** 23:16

**top** 32:10 70:16

**touch** 77:23,24,

25

**touched** 17:18

**tougher** 89:2,3,
9

**towards** 42:4
53:21

**tradition** 39:6

**traditional** 16:9
23:17 25:8
27:13 39:8,9
46:4,6

**transcended**
34:4

**transcript** 7:22
8:3 66:3,16,18,
22,24 67:4,19,
23 68:9,13 69:4
72:9 73:3 77:11,
14 104:20
105:3,4,7,9,14,
18,22

**transitional**
47:8

**trash** 85:21 86:4
87:17

**treated** 21:18,
20

**treating** 98:21

**treatment** 97:16

**tremendous**
25:11

**tried** 35:23
49:13 54:2
85:22 86:14
97:15 105:16

**true** 22:7

**truth** 8:15

**truthful** 8:19

**truthfully** 9:6

**try** 6:6 94:25
95:20

**trying** 28:2 52:3
56:2 75:25
92:15 95:13
96:23

**turn** 81:18

**twelfth** 57:13

**two** 6:2 17:22,24
41:20 65:8 76:2
79:12 91:7,23
93:25 103:8,16

**two-and-a-half**
98:9

**twofold** 90:21

**type** 23:18

———————

**U**

**UB** 51:21

**uh-huh** 80:3,4

**uh-huhs** 5:15

**un-unhs** 5:15

**unable** 9:3,6

**Uncompleted**
60:6,25

**under** 59:15
65:2 73:2
106:24

**undergraduate**
9:15

**underlying** 5:4

**understand** 5:7
8:14 9:3 37:9
57:10,18 63:11
70:24 72:13
75:11 78:25
83:18 84:4 93:4
99:8 105:5

**understanding**
23:24 28:3
71:18 74:2

**understands**
100:24 101:3,8

**understood**
5:11

**unfair** 15:25

**unfamiliar**
52:25

**unfortunately**
32:14

**unintelligible**
69:17 72:11
105:17

**union** 17:7,16,
17

**unique** 52:9,12

**uniqueness**
49:7

**United** 18:25

**University** 10:8
48:5,11,18,21
49:4,20,23 51:7,
10,14,24 53:6
54:8 55:11,17
56:5,7 58:11,13

**unsure** 55:18
56:6

**until** 26:3

**up** 26:2 47:10
51:21 53:24
54:19 55:10
58:8 66:8 70:3
86:24 87:10,11
89:24 91:18
93:9 94:19
95:21

**upcoming** 28:9

**upon** 49:2 81:22
103:16

**upset** 87:7

**usage** 23:20
28:9 45:24

**use** 5:14,18 6:20
23:16 26:6,25
27:2,6,21 30:5,
10 68:17 95:6
97:15,18

**used** 23:25
26:14 68:18
86:25 100:18

**using** 23:13,15
39:7 65:8

———————

**V**

**vaguely** 76:17

**valued** 84:25

**various** 12:13
23:20 30:6 39:5
40:15 41:6
45:23,24 73:5
89:16 90:5

**verbal** 5:14,18

**verbally** 92:24

**verbiage** 46:17
66:5 84:15

**Verified** 19:19

**vernacular**
102:15

**Vernon** 4:22
6:22 13:6,7,9,
14,20,23 21:24
25:4 29:10,16
37:4 72:4,14,18
74:20 76:10
79:20 80:23
81:3,10 86:6
99:19

**very** 23:21 26:3
73:10 79:10
86:12 87:6,15,
16 88:19 92:17
93:10 95:14

**vet** 96:22 97:3,
14

**veteran** 97:10

**Veterans** 98:19
106:17,21,25

**viable** 52:6

**Vietnam** 96:22
97:3,14

**violence** 89:10

**void** 76:22

———————

**W**

**waited** 36:6

**walk** 93:11

**wall** 93:15

**want** 5:22 25:2
26:18 31:10
34:22 38:11
43:4 44:22 58:8
63:14,22 64:13
69:16 70:14
71:22 72:10
74:18 79:6 84:2
90:13 99:24
104:16,24

**wanted** 43:9

68:3 76:9 98:9

**wants** 69:16
71:22 72:10
73:17

**wasn't** 43:3
76:24

**way** 19:11 23:17
25:8 29:4 30:23
37:25 39:9
44:24 46:4,6,9
63:18 72:23
90:11 91:13
92:19

**ways** 73:6 80:20

**we'd** 50:22

**we're** 5:17 27:16
29:22 70:7

**we've** 18:6 68:4

**wearing** 80:11

**website** 33:4
44:23 52:21,22
59:13,17

**week** 89:14

**weekly** 40:11
106:18

**weeks** 87:13

**well** 11:23 16:6
23:16 27:17
28:11 34:24
38:20,24 49:4,
14 51:12 69:14
75:10 102:23

**went** 11:7 25:13,
15 85:23 86:11,
23 91:19 96:23
98:19

**were** 8:23 11:20
15:12 17:20,23
18:3 21:20
25:14 26:10,20,
24 27:23 32:2,
13 33:10,19,24
34:6,17 36:15
38:2 39:21
40:10,15,18,24
41:3,6,22 42:13,
19,22 43:12,14
44:2,21 45:10,
15,19,21 46:2
49:14 50:10

51:23 55:11,18
56:6 58:9,10
59:9,14 64:17
68:5 73:7 74:9,
10,15 75:13
78:17 83:3
84:17 85:11,14,
20 86:16 87:20
90:7 91:24 92:9,
21 93:5,23
95:19,23 97:20
103:4

**weren't** 15:15
53:22 98:13

**what** 5:21,24
7:4,17 9:11,18,
21 10:6 12:5
13:13 15:12,13,
23 16:25 17:20
18:3 21:8,14,20
22:15,18 23:2,9
24:22 25:8,25
26:12 27:6,11,
25 29:4,6,9,11,
13,23 31:20
33:21 34:8 35:9,
23 36:8,13,18
37:9,15,22 38:2,
8 39:8 40:4,10
42:3,6,7,9 44:18
45:4,7,19 46:11
48:7 49:8 50:7,
12,14 51:2,9,23
52:8,21,22
56:13 57:9
59:13 64:25
65:20 66:2 68:4
70:21 71:18,21
72:2,6,22 73:3,
16,19 74:17,22,
25 75:20 76:3,8
77:21 78:10,17,
18,23 79:14,22
80:25 81:9
82:10 83:13,17
85:16 86:2
88:17 89:6
90:13,18 93:6
94:3 95:16,21
96:11 99:20,22
100:3,24 101:3,
8,22 103:19
105:2,9,10
106:15

**what's** 7:13
15:19 60:11

67:7 83:4 103:5

**whatever** 36:5

**when** 8:11
10:16,20 11:5,
17 12:10,19
14:14,18 15:5,
15 16:19,21
17:12 18:2,21
19:24 20:6 25:5
28:19 30:17
32:7,8 33:8 35:3
36:22,25 38:6
40:14 42:17
43:5,8,12,13
44:14 46:5
47:10 48:20
49:21 51:13
55:10 56:4
58:12 59:21
60:12 63:4 66:7,
17,24 67:9
73:10 76:6,9
77:8 83:6 85:4,
19,23 86:20,23
89:4 92:25
93:12 95:2
97:25 98:11,18
101:24,25

**whenever** 6:14

**where** 13:5
21:18 25:18
26:5 27:13
31:25 39:11,12
42:7 48:4 52:3
57:10 58:8 68:9
69:4 70:16
71:20 72:9
73:16,24 77:4
79:11 80:15
89:17,20 92:19
94:23 96:4
98:18 101:12,21

**whereas** 25:13

**whereupon**
58:2 104:14
106:9

**whether** 34:14
52:20 56:16
57:19 64:17
76:20 97:19

**which** 8:17 23:7
26:13,20 31:18
32:4 33:3 35:24
41:10 48:14

50:2 53:16
56:17 69:15
72:10 79:23
89:21 95:17
97:7 98:7,10,14,
15 99:4 100:7
104:20

**while** 27:24 36:2
52:3 57:5 98:25
99:3 103:4

**who** 8:9 17:9
34:23 41:9
49:24 51:6
53:24 65:14,17
66:9 67:21
72:15 74:18
75:13 82:2,5
84:3 85:9 88:2,4
89:14 90:4
91:16 92:21
94:13 97:17
98:15,20 99:12
100:20 101:10,
16 103:11
105:21

**who's** 29:5
47:13

**whoever** 92:9

**whole** 56:19

**whom** 44:10

**whose** 92:20

**why** 14:20 16:5
25:23 30:12
33:25 35:20
48:24 52:12
56:13 74:5
78:23 90:19
92:2,14 93:16
94:12,20 95:23

**wife** 7:12,16
66:13

**wife's** 7:13

**window** 92:8
93:3

**wished** 72:15

**with** 4:21 5:22,
25 6:2,9 7:10,16
15:6,13,21,22
16:7,15 17:5,7,
10 18:24 19:8,9,
13 21:23,24

22:24 23:5,12
26:9,24 27:12
29:23,25 30:2,3,
9,14 31:23
32:20,25 33:7,
23 34:13,14
35:4,11,14,15,
23 36:8 38:17,
22 39:3 40:13
41:5,13,16 43:5
44:6,10,12,15
45:21 47:10,22
48:18 49:3,4,12,
20,21 50:17
51:14,21,23
53:16 55:2,10,
17 61:20 64:16
65:23 66:4,17,
21 67:20,25
71:7 73:21,22
74:3,7 75:6,7,13
76:13 77:6,9,17,
24 78:2,19
81:15 82:4 84:6,
15 86:2,7,22
87:6,23 88:17,
19 89:17,22
90:5,23 92:18
93:22,25 94:5,9,
24 95:6,9 96:7
97:2 98:15,20
99:5 100:8
101:15,16
102:11 103:12,
23 104:12
105:3,8,13,18
106:6

**within** 10:23
18:11 33:22
72:2,17 76:7
87:12 98:9

**without** 36:10
86:4 96:25

**witness** 4:9,12
20:2,8,23 31:14
48:9 60:2,15
63:25 67:12
68:11,14 79:9
81:20 100:16
104:8,11,22
106:6,10

**wondering** 68:8

**word** 71:15

**words** 44:21
50:10 97:20

133Index: work–Zollicoffer

**work** 25:6 26:21
27:10,20,23
28:3,4 30:3 34:4
36:12,22 37:15
46:13,21 52:15
53:5 55:13,20
56:8,11 57:23
58:24 59:5 62:2
69:13 70:11
72:24,25 74:25
87:16 88:17
91:6

**worked** 37:2,18
39:3 42:17
83:23 90:4
92:19 103:11,23

**Workers'** 96:8,
15 97:13 98:5
99:13 100:4
102:19

**working** 36:15
52:2 83:7 84:6
91:13 92:21

**workshop**
62:22 63:2,5

**worse** 81:14

**worst** 90:7

**would** 6:18 8:18
9:2,5 10:18
11:15 12:6,8,9,
14 18:22 20:21
24:16 25:10,25
26:2,5,10 27:10,
13,16 28:21,22
32:23 33:13,19
37:23 38:16
40:3,23 42:10
43:16 44:16
45:11,12 46:14,
23 48:22 49:5,8
51:16,18 52:18
53:5,19 54:4,14,
15 56:11 57:5,
22 62:6 64:6
69:20 72:8
74:24 76:21,24
77:13 80:8
84:18 85:6 92:3
94:13 95:19
96:2 97:10
100:11 101:13
104:19

**wouldn't** 27:9
52:16 53:10,20

54:3

**wound** 91:13

**write** 69:22,25
95:20

**writing** 50:18
52:6 59:11
69:21 105:16

**written** 19:19
32:19,22,24
39:19 50:19
78:10

**wrong** 52:13
86:9,14 101:18

**wrote** 78:7,15
86:21

———————

**X**

———————

**XX/XX/56** 7:18

**XXX-XX-6101**
8:5

———————

**Y**

———————

**yeah** 69:14

**year** 7:21 9:21
13:24 14:16
36:24 37:2,9,17
45:13 46:19
83:10,23 85:18
87:23 101:12

**year-and-a-half**
11:10

**years** 7:9 10:24
13:10,11 14:19
18:3,11 25:17
43:11 57:23
76:18 90:5
96:25 99:11
103:8

**yes** 6:12,19,24
7:12 8:8,16
9:10,17 12:14,
22 13:4,12
14:13 17:25
18:20 20:12,15,
17,20 21:2 22:8
31:15 32:18
34:18 36:14,17
37:7 40:9 44:9
46:9 48:3,13

50:24 55:15
58:5,7 59:20
60:2,18,21,23
61:3,10,22
62:12,24 63:3
64:8 65:13,25
67:13,16,18,22
68:2 69:3 70:13,
23 76:14 77:20
80:4,24 90:17
95:12 96:10
98:22 102:13
104:10,23
105:20 106:14

**York** 4:5 9:14,20
10:12,15 12:3,
17 13:7 18:18
19:5,8,13 22:20,
24 31:23 32:21
37:11 40:25
47:15 49:24
54:15,21 55:21
56:23 66:4
74:22 84:7 96:8,
15 105:23

**you'd** 6:14

**you're** 5:24 9:22
11:2 19:24 20:7
21:8 27:11,25
29:14 34:6,15
38:7 42:7,8
47:13,18,19
53:2,9 58:23
59:16 60:13
67:9 75:4,12
78:10 79:11
80:10 86:9
88:25 89:2 90:9,
15 94:5

**you've** 4:24
62:18 68:18
79:19,24 81:2
89:4 94:9 95:9
99:11 102:10
103:6

**younger** 81:23
82:2,6,11,12,17

**your** 4:8,11 5:4,
18 6:8,9,10 7:2,
4,13,17,22,25
8:9 9:25 10:6,
16,20 11:2,12
12:13 13:13
15:19 16:2,3,13
18:3 19:24

20:24 21:3,4
22:3,7 23:3
24:11 25:6,7
26:21 28:4,6,13
30:18 31:11
37:3,20 38:2
40:8 42:4,23
43:8 46:23
52:12,20,22
55:16,23 58:9
68:5,22 69:5
70:18 71:2,3,7
74:3 75:14 77:3,
6,15 78:17,19
79:11 80:18
81:9,19 84:21,
25 85:13 88:25
90:18,19 91:20
93:6,16 95:7
99:8,10 100:5
102:10 103:6

———————

**Z**

———————

**Zollicoffer**
36:20