# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

December 27, 2021

**VIA FACSIMILE & ECF**
Honorable Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2021
```

Re: *Santana v. Mount Vernon Central School District et. el,*
Docket No.: 7:20-cv-03212-(NSR)
Our File No.: 5001.542

**MEMO ENDORSED**

Dear Judge Roman:

We represent Defendants in this matter and are writing to respectfully request an additional thirty days to submit Defendants' Motion To Dismiss the Amended Complaint in this Matter. The reason for this request, which is Defendants' first, is to allow the District and its insurance carriers to resolve coverage questions that have arisen. Plaintiffs' Counsel has consented to this request.

Accordingly, Defendants respectfully request that the Court endorse the following schedule: Defendant's Motion to be due by March 1st, Plaintiffs' Opposition to be due by March 31st, and Plaintiff's Reply to be due on or before March 15th.

Thank You for Your consideration of this matter.

Respectfully submitted,

SILVERMAN & ASSOCIATES

Gerald S. Smith

To: **VIA EMAIL & ECF**
Bryan Glass, Esq.
GLASS HARLOW & HOGROGIAN LLP
Attorneys for Plaintiffs
bglass@ghnylaw.com

Defendants' request is DENIED without prejudice for failure to follow the Court's Individual Practices in Civil Cases. *See* Sec. 3.A.ii. The Clerk of Court is kindly directed to terminate the motion on ECF No. 45.

DATED: December 27, 2021
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE