```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/10/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAY SANTANA and BRENDAN DUFFY,

                  Plaintiffs,

    -v-

MOUNT VERNON CITY SCHOOL DISTRICT/BOARD OF EDUCATION; KENNETH HAMILTON, Superintendent of Schools; DENISE GAGNE-KURPIEWSKI, Assistant Superintendent for Human Resources; FELICIA GAON, Director of Student Services; RONALD GONZALEZ, Mount Vernon High School Principal; PAULINE PALMER-PEARCE, Mount Vernon High School Assistant Principal; ERICA NAUGHTON, Mount Vernon High School Mathematics Department Supervisor; SATISH JAGNANDAN, District Supervisor of Mathematics and Science.

                  Defendants.
---------------------------------------------------------------X

Case No. 7:20-cv-03212-(NSR)

**NOTICE OF MOTION**

MEMO ENDORSED

Defs' motion to dismiss Plfs' Am. Compl. is fully submitted. (ECF Nos. 54-59.) Defs., however, filed two motions on the docket. One is presently under consideration by this Court. (ECF No. 54.)

The other (ECF No. 53) was previously ruled upon in an Opinion & Order dated Sept. 30, 2021 (ECF No. 43). Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 53.

Dated: January 10, 2023
White Plains, NY

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Gerald S. Smith and attached exhibits as well as the accompanying Memorandum of Law in Support, Defendants MOUNT VERNON CITY SCHOOL DISTRICT/BOARD OF EDUCATION, KENNETH HAMILTON, DENISE GAGNE-KURPIEWSKI, FELICIA GAON, RONALD GONZALEZ, PAULINE PALMER-PEARCE, ERICA NAUGHTON and SATISH JAGNANDAN, will move before this Honorable Court on a date and time to be decided by this Court:

1)    For an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing this action for failure to state a claim upon which relief can be granted against all Defendants; and

2) For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that Plaintiffs' opposition is due to be served on or before October 30, 2020 and the defendants' reply is due to be served and filed on or before November 16, 2020, in accordance with this Court's previously ordered briefing schedule.

Dated: White Plains, New York
September 30, 2020

                                              Respectfully Submitted,

                                              **SILVERMAN & ASSOCIATES**

By: _/s/ Gerald S. Smith_
Gerald S. Smith
*Attorneys for Defendants*
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510

To:  **VIA ECF and EMAIL**

    Brian Glass, Esq.
    GLASS HARLOW & HOGROGIAN LLP
    Attorneys for Plaintiffs
    bglass@ghnylaw.com