**MEMO ENDORSED**

**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

November 28, 2023

<u>Via ECF</u>
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

        Re:    *Santana and Duffy v. Mount Vernon CSD, et al.*
                Docket No.: 20 CV 03212 (NSR)(VR)
                <u>Our File No.: 5001.542</u>

Dear Judge Román:

      We represent the Defendants in the above-referenced matter and write on behalf of all parties to respectfully request that the case management conference currently scheduled for December 5, 2023 be adjourned. This is the first request for such an adjournment. Judge Reznik has granted the parties' request to extend the deadline for all discovery and the new deadline is now December 27, 2023. Accordingly, we respectfully request that the case management conference before Your Honor be adjourned to a date after December 27, 2023 that is convenient to the Court.

      We thank you for your attention to this matter.

                              Respectfully Submitted,

                              SILVERMAN & ASSOCIATES

                           By: <u>/s/ *Deanna L. Collins*</u>
                             Deanna L. Collins
                           Attorneys for Defendants
                      445 Hamilton Avenue, Suite 1102
                           White Plains, NY 10601
                              (914) 574-4510
                  dcollins@silvermanandassociatesny.com

      CC:    all counsel of record (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2023

---

In light of the extension of the discovery deadline, the parties' joint request to adjourn the Status Teleconf. from Dec. 5, 2023 until Feb. 6, 2024 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 67 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 80.
Dated: November 29, 2023
       White Plains, NY
SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE