**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

**MEMO ENDORSED**

January 24, 2024

**Via ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *Santana and Duffy v. Mount Vernon CSD, et al.*
              Docket No.: 20 CV 03212 (NSR)(VR)
              Our File No.: 5001.542

Dear Judge Román:

      We represent the Defendants in the above-referenced matter and write on behalf of all parties to respectfully request that the case management conference currently scheduled for February 6, 2024 be adjourned. This is the second request for such an adjournment and the first request was granted (ECF 81). Judge Reznik has granted the parties' request to extend the deadline for all discovery and the new deadline is now February 27, 2024. Accordingly, we respectfully request that the case management conference before Your Honor be adjourned to a date after February 27, 2024 that is convenient to the Court.

      We thank you for your attention to this matter.

Respectfully Submitted,

SILVERMAN & ASSOCIATES

By: */s/ Deanna L. Collins*
Deanna L. Collins
Attorneys for Defendants
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(914) 574-4510
dcollins@silvermanandassociatesny.com

CC:    all counsel of record (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **02/01/2024**

---

**In light of the extension of the discovery deadline, the parties' joint request to adjourn the Status Teleconf. from Feb. 6, 2024 until Mar. 28, 2024 at 10:30 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 67 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 84.
Dated: White Plains, NY
         February 1, 2024**

SO ORDERED:

/s/ Hon. Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE