**MEMO ENDORSED**

**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

March 25, 2024

**Via ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *Santana and Duffy v. Mount Vernon CSD, et al.*
             Docket No.: 20 CV 03212 (NSR)(VR)
             Our File No.: 5001.542

Dear Judge Román:

    We represent the Defendants in the above-referenced matter and write on behalf of all parties to respectfully request that the case management conference currently scheduled for March 28, 2024 be adjourned. This is the third request for such an adjournment and the other requests were granted (ECF 81, 85). As with the prior request, Judge Reznik has recently granted another request by the parties to extend the deadline for all discovery. The new deadline is now April 21, 2024 (ECF 91). Judge Reznik also ordered that no further extensions of this deadline be permitted.

    Accordingly, we respectfully request that the case management conference before Your Honor be adjourned to a date after April 21, 2024 that is convenient to the Court.

    We thank you for your attention to this matter.

             Respectfully Submitted,

**SILVERMAN & ASSOCIATES**

By: */s/ Deanna L. Collins*
    Deanna L. Collins
    Attorneys for Defendants
    445 Hamilton Avenue, Suite 1102
    White Plains, NY 10601
    (914) 574-4510
    dcollins@silvermanandassociatesny.com

CC:    all counsel of record (by ECF)

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/26/2024

---

**Endorsement:**

In light of the extension of the discovery deadline, the parties' joint request to adjourn the Status Teleconf. from Mar. 28, 2024 until May 21, 2024 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 67 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 92.

Dated: White Plains, NY
          March 26, 2024

SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE