**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAY SANTANA and BRENDAN DUFFY,

                      Plaintiff,

   -against-                                      20 **CIVIL** 3212 (NSR)

## **JUDGMENT**

MOUNT VERNON CITY SCHOOL
DISTRICT/BOARD OF EDUCATION,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 18, 2025, Defendants' Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       November 19, 2025

                                                **TAMMI M. HELLWIG**
                                                _____
                                                   **Clerk of Court**

                          **BY:**          K. Mango

                                                   _____
                                                   **Deputy Clerk**